IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 14-1317-SLR |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| SANOFI; SANOFI-AVENTIS U.S. LLC; | ) | |
| AVENTISUB LLC, f/d/b/a AVENTIS | ) | |
| PHARMACEUTICALS INC., and REGENERON | ) | |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of: (1) the Expert Report of Ernst R. Berndt; (2) the Expert Report of Paul K. Meyer; (3) the First Expert Report of Gregory A. Petsko, D.Phil., Regarding Infringement of the Selected Claims of the Patents-at-Issue; (4) the Opening Expert Report of Anthony Robert Rees, D.Phil., Regarding Infringement of Claim 24 of U.S. Patent No. 8,871,914; (5) the Expert Report of Evan A. Stein, M.D., Ph.D.;  and (6) this Notice were caused to be served on November 6, 2015 upon the following in the manner indicated:

**BY E-MAIL:**

Steven J. Balick
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

Dianne B. Elderkin                     John Josef Molenda, Ph.D.
Steven D. Maslowski                    Vishal Chandra Gupta

01:17941742.1

Matthew A. Pearson
Angela Verrecchio
Matthew G. Hartman
Jonathan J. Underwood
Akin Gump Strauss Hauer & Feld LLP
2001 Market Street, Suite 4100
Philadelphia, PA  19103
delderkin@akingump.com
smaslowski@akingump.com
mpearson@akingump.com
averrecchio@akingump.com
mhartman@akingump.com
undewoodj@akingump.com

Jeffrey C. Lee
Siew Yen Chong
Cassandra Adams
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY  10036
jmolenda@steptoe.com
vgupta@steptoe.com
schong@steptoe.com
jlee@steptoe.com
cadams@steptoe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

OF COUNSEL:

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com

William G. Gaede, III
Eric W. Hagen
Terry W. Ahearn
Bhanu K. Sadasivan
Shane G. Smith
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
(650) 815-7400

*Attorneys for Amgen Inc.*

Sarah C. Columbia
K. Nicole Clouse
Lauren Martin
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4074

Michael V. O'Shaughnessy
Rebecca Harker Duttry
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000

Dated:  November 6, 2015

01:17941742.1