REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., AMGEN MANUFACTURING, LIMITED, and AMGEN USA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC f/d/b/a AVENTIS PHARMACEUTICALS INC.; and REGENERON PHARMACEUTICALS, INC.,<br><br>Defendants. | Civ. No. 14-1317-SLR<br>(Consolidated) |

**VERDICT SHEET**

Dated: March 14, 2016

We, the jury, unanimously find as follows:

*In the following questions, "Amgen" refers to plaintiffs Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc., and "Sanofi-Regeneron" refers to defendants Sanofi, sanofi-aventis U.S. LLC, Aventisub LLC, and Regeneron Pharmaceuticals, Inc.*

## VALIDITY

### 1. The '165 patent

a. Have defendants proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention of the following claims of the '165 patent?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*
*Checking "no" below indicates a finding for Amgen.*

| | | |
|---|---|---|
| Claim 2 | Yes ____ | No ✓ |
| Claim 7 | Yes ____ | No ✓ |
| Claim 9 | Yes ____ | No ✓ |
| Claim 15 | Yes ____ | No ✓ |
| Claim 19 | Yes ____ | No ✓ |
| Claim 29 | Yes ____ | No ✓ |

*Continue to next page.*

b. Have defendants proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent lacks adequate written description?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*
*Checking "no" below indicates a finding for Amgen.*

Claim 2     Yes _____     No ✓

Claim 7     Yes _____     No ✓

Claim 9     Yes _____     No ✓

Claim 15    Yes _____     No ✓

Claim 19    Yes _____     No ✓

Claim 29    Yes _____     No ✓

## 2. The '741 Patent

a. Have defendants proven by clear and convincing evidence that claim 7 of the '741 patent is invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention in claim 7 of the '741 patent?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*
*Checking "no" below indicates a finding for Amgen.*

Claim 7     Yes _____     No ✓

b. Have defendants proven by clear and convincing evidence that claim 7 of the '741 patent is invalid because the patent lacks adequate written description?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*
*Checking "no" below indicates a finding for Amgen.*

Claim 7     Yes _____     No ✓

*Continue to next page.*

2