IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., AMGEN MANUFACTURING, LIMITED, and AMGEN USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC f/d/b/a AVENTIS PHARMACEUTICALS INC.; and REGENERON PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. No. 14-1317-SLR <br> (Consolidated) |

## JUDGMENT FOLLOWING A JURY VERDICT
## PURSUANT TO FED. R. CIV. P. 58(b)

For reasons stated in the jury verdict of March 16, 2016;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Amgen, Inc., Amgen Manufacturing, Limited and Amgen USA Inc. and against defendants Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC f/d/b/a/ Aventis Pharmaceuticals, Inc. and Regeneron Pharmaceuticals, Inc.

_____
United States District Judge

Dated: 3/18/2016

_____
(By) Deputy Clerk