IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; and AMGEN USA INC.<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No.: 14-1317-SLR<br>(CONSOLIDATED) |

**APPENDIX TO PLAINTIFFS' RESPONSIVE BRIEF REGARDING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON WRITTEN DESCRIPTION AND ENABLEMENT**

**EXHIBITS JTX 0002, JTX 0003, AND JTX0422**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

*Attorneys for Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc.*

Dated: May 2, 2016

| TAB | DESCRIPTION | APPENDIX PAGE NO. |
|---|---|---|
| 1 | U.S. Patent No. 8,829,165 (JTX 0002) | A00001 – A00386 |
| 2 | U.S. Patent No. 8,859,741 (JTX 0003) | A00387 – A00773 |
| 3 | Tables 35.1-35.4 from U.S. Patent Nos. 8,829,165 and 8,859,741 | A00774 – A01101 |