US 8,859,741 B2

385                                                                        386

-continued

```
Pro Pro Lys Leu Leu Ile Tyr Trp Ala Ser Thr Arg Glu Ser Gly Val
    50                  55                  60

Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr
65                  70                  75                  80

Ile Ser Ser Leu Gln Ala Glu Asp Val Ala Val Tyr Tyr Cys Gln Gln
                85                  90                  95

Tyr Tyr Ser Thr Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile
            100                 105                 110

Lys
```

```
<210> SEQ ID NO 470
<211> LENGTH: 357
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 470

gaggtgcagc tggtggagtc tgggggaggc ttggtccagc ctggggggtc cctgagactc     60

tcctgtgcag cctctggatt cacctttagt aacttttgga tgagctgggt ccgccaggct    120

ccagggaagg ggctggagtg ggtggccaac ataaagcaag atggaaatga taaatactat    180

gtggactctg tgaagggccg attcaccatc tccagagaca acgccaagaa ttcactgtat    240

ctgcaaatga acagcctgag agccgaggac acggctgtgt attactgtgc gagagagtca    300

aactggggat ttgcttttga tatctggggc caagggacaa tggtcaccgt ctcttca      357
```

```
<210> SEQ ID NO 471
<211> LENGTH: 119
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 471

Glu Val Gln Leu Val Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Leu Thr Phe Ser Asn Phe
                20                  25                  30

Trp Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Asn Ile Lys Gln Asp Gly Asn Asp Lys Tyr Tyr Val Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Glu Ser Asn Trp Gly Phe Ala Phe Asp Ile Trp Gly Gln Gly
            100                 105                 110

Thr Met Val Thr Val Ser Ser
        115
```

```
<210> SEQ ID NO 472
<211> LENGTH: 327
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 472

cagtctgtgc tgactcagcc accctcagcg tctgggaccc ccgggcagag ggtcaccatc     60

tcttgttctg gaagcagctc caacatcgga agtaaaactg taaactggta ccagcagttc    120
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123267

US 8,859,741 B2

387

388

-continued

```
ccaggaacgg cccccaaact cctcatctat agtaataatc ggcggccctc aggggtccct    180

gaccgattct ctggctccaa gtctggcacc tcagcctccc tggccatcag tgggctccag    240

tctgaggatg aggctgatta ttactgtgca gcatgggatg acagcctgaa ttgggtgttc    300

ggcgcaggga ccaagctgac cgtccta                                        327
```

<210> SEQ ID NO 473
<211> LENGTH: 109
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 473

```
Gln Ser Val Leu Thr Gln Pro Pro Ser Ala Ser Gly Thr Pro Gly Gln
1               5                   10                  15

Arg Val Thr Ile Ser Cys Ser Gly Ser Ser Ser Asn Ile Gly Ser Lys
            20                  25                  30

Thr Val Asn Trp Tyr Gln Gln Phe Pro Gly Thr Ala Pro Lys Leu Leu
        35                  40                  45

Ile Tyr Ser Asn Asn Arg Arg Pro Ser Gly Val Pro Asp Arg Phe Ser
    50                  55                  60

Gly Ser Lys Ser Gly Thr Ser Ala Ser Leu Ala Ile Ser Gly Leu Gln
65                  70                  75                  80

Ser Glu Asp Glu Ala Asp Tyr Tyr Cys Ala Ala Trp Asp Asp Ser Leu
                85                  90                  95

Asn Trp Val Phe Gly Ala Gly Thr Lys Leu Thr Val Leu
            100                 105
```

<210> SEQ ID NO 474
<211> LENGTH: 357
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 474

```
gaggtgcagc tggtggagtc tgggggaggt ttggtccagc ctggggggtc cctgagactc    60

tcctgtgcag cctctggact cacctttagt aactttttgga tgagctgggt ccgccaggct   120

ccagggaagg ggctggagtg ggtggccaac ataaagcaag atggaagtga gaaatactat    180

gtggactctg tgaagggccg attcaccatc tccagagaca acgccaagaa ttcactgtat    240

ctgcaaatga acagcctgag agccgaggac acggctgtgt attactgtgc gagagagtca    300

aactggggat ttgcttttga tatctggggc caagggacaa tggtcaccgt ctcttca       357
```

<210> SEQ ID NO 475
<211> LENGTH: 119
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 475

```
Glu Val Gln Leu Val Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Leu Thr Phe Ser Asn Phe
            20                  25                  30

Trp Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Asn Ile Lys Gln Asp Gly Ser Glu Lys Tyr Tyr Val Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr
65                  70                  75                  80
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123268

US 8,859,741 B2

389                                                        390

-continued

```
Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Glu Ser Asn Trp Gly Phe Ala Phe Asp Ile Trp Gly Gln Gly
            100                 105                 110

Thr Met Val Thr Val Ser Ser
        115
```

<210> SEQ ID NO 476
<211> LENGTH: 327
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 476

```
cagtctgtgc tgactcagcc accctcagcg tctgggaccc ccgggcagag ggtcaccatc      60

tcttgttctg gaagcagctc caacatcgga agtaaaactg taaactggta ccagcagttc     120

ccaggaacgg cccccaaact cctcatctat agtaataatc ggcggccctc aggggtccct     180

gaccgattct ctggctccaa gtctggcacc tcagcctccc tggccatcag tgggctccag     240

tctgaggatg aggctgatta ttactgtgca acatgggatg acagactgaa ttgggtgttc     300

ggcgcaggga ccaagctgac cgtccta                                        327
```

<210> SEQ ID NO 477
<211> LENGTH: 109
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 477

```
Gln Ser Val Leu Thr Gln Pro Pro Ser Ala Ser Gly Thr Pro Gly Gln
1               5                   10                  15

Arg Val Thr Ile Ser Cys Ser Gly Ser Ser Ser Asn Ile Gly Ser Lys
            20                  25                  30

Thr Val Asn Trp Tyr Gln Gln Phe Pro Gly Thr Ala Pro Lys Leu Leu
        35                  40                  45

Ile Tyr Ser Asn Asn Arg Arg Pro Ser Gly Val Pro Asp Arg Phe Ser
    50                  55                  60

Gly Ser Lys Ser Gly Thr Ser Ala Ser Leu Ala Ile Ser Gly Leu Gln
65                  70                  75                  80

Ser Glu Asp Glu Ala Asp Tyr Tyr Cys Ala Thr Trp Asp Asp Arg Leu
                85                  90                  95

Asn Trp Val Phe Gly Ala Gly Thr Lys Leu Thr Val Leu
            100                 105
```

<210> SEQ ID NO 478
<211> LENGTH: 366
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 478

```
caggtcacct tgaaggagtc tggtcctgtg ctggtgaaac ccacagagac cctcacgctg      60

acctgcaccg tctctgggtt ctcactcagc aatgttagaa tgggtgtgag ctggatccgt     120

cagcccccag ggaaggccct ggagtggctt gcacacattt tttcgaatga cgaaaattcc     180

tacagaacat ctctgaagag caggctcacc atctccaagg acacctccaa aagccaggtg     240

gtccttacca tgaccaacat ggaccctgtg gacacagcca catattactg tgcacggata     300

gtgggagcta caacggatga tgcttttgat atctggggcc aagggacaat ggtcaccgtc     360
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123269

US 8,859,741 B2

391                                                                          392

-continued

tcttca                                                                        366


<210> SEQ ID NO 479
<211> LENGTH: 122
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 479

Gln Val Thr Leu Lys Glu Ser Gly Pro Val Leu Val Lys Pro Thr Glu
1               5                   10                  15

Thr Leu Thr Leu Thr Cys Thr Val Ser Gly Phe Ser Leu Ser Asn Val
        20                  25                  30

Arg Met Gly Val Ser Trp Ile Arg Gln Pro Pro Gly Lys Ala Leu Glu
    35                  40                  45

Trp Leu Ala His Ile Phe Ser Asn Asp Glu Asn Ser Tyr Arg Thr Ser
    50                  55                  60

Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Lys Ser Gln Val
65                  70                  75                  80

Val Leu Thr Met Thr Asn Met Asp Pro Val Asp Thr Ala Thr Tyr Tyr
                85                  90                  95

Cys Ala Arg Ile Val Gly Ala Thr Thr Asp Asp Ala Phe Asp Ile Trp
            100                 105                 110

Gly Gln Gly Thr Met Val Thr Val Ser Ser
        115                 120


<210> SEQ ID NO 480
<211> LENGTH: 324
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 480

tcctatgtgc tgactcagcc accctcggtg tcagtggccc caggacagac ggccaggatt      60

acctgtgggg gaaacaacat tggaagtaaa agtgtgcact ggtaccagca gaagccaggc     120

caggcccctg tgctggtcgt ctatgatgat agcgaccggc cctcaggat cctgagcga     180

ttctctggct ccaactctgg gaacacggcc accctgacca tcagcagggt cgaagccggg     240

gatgaggccg acttttactg tcaggtgtgg gatagtagta gtgatcctgt ggtattcggc     300

ggagggacca agctgaccgt ccta                                             324


<210> SEQ ID NO 481
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 481

Ser Tyr Val Leu Thr Gln Pro Pro Ser Val Ser Val Ala Pro Gly Gln
1               5                   10                  15

Thr Ala Arg Ile Thr Cys Gly Gly Asn Asn Ile Gly Ser Lys Ser Val
        20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Val Leu Val Val Tyr
        35                  40                  45

Asp Asp Ser Asp Arg Pro Ser Gly Ile Pro Glu Arg Phe Ser Gly Ser
    50                  55                  60

Asn Ser Gly Asn Thr Ala Thr Leu Thr Ile Ser Arg Val Glu Ala Gly
65                  70                  75                  80

Asp Glu Ala Asp Phe Tyr Cys Gln Val Trp Asp Ser Ser Ser Asp Pro
                85                  90                  95

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123270

US 8,859,741 B2

393                                                           394

-continued

```
Val Val Phe Gly Gly Gly Thr Lys Leu Thr Val Leu
         100                 105
```

```
<210> SEQ ID NO 482
<211> LENGTH: 361
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 482

gaggtgcagc tggtggagtc tgggggaggc ttggtccagc ctgggggtc cctgagactc      60

tcctgtgcag cctctggatt cacctttagt aactattgga tgacctgggt ccgccaggct     120

ccagggaagg ggctggagtg ggtggccagc ataaagcaag atggaagtga gagatactat     180

gtggactctg tgaagggccg attcaccatc tcccgagaca ccgccaagaa ctctctgtat     240

ctccaaatga acagcctgcg agccgaggac acggctgtgt attactgtgc gagacctctt     300

gtactaatgg tgtatgctct acactactac tactacggta tggacgtctg gggccacggg     360

accacggtca ccgtctcctc a                                               381
```

```
<210> SEQ ID NO 483
<211> LENGTH: 127
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 483

Glu Val Gln Leu Val Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
            20                  25                  30

Trp Met Thr Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Ser Ile Lys Gln Asp Gly Ser Glu Arg Tyr Tyr Val Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Thr Ala Lys Asn Ser Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
            85                  90                  95

Ala Arg Pro Leu Val Leu Met Val Tyr Ala Leu His Tyr Tyr Tyr Tyr
            100                 105                 110

Gly Met Asp Val Trp Gly His Gly Thr Thr Val Thr Val Ser Ser
        115                 120                 125
```

```
<210> SEQ ID NO 484
<211> LENGTH: 336
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 484

gatattgtga tgactcagtc tccactctcc ctgcccgtca cccctggaga gccggcctcc     60

atctcctgca ggtctagtca gagcctcctg catagtaatg gatacaacta tttggattgg    120

tacctgcaga agccagggca gtctccacag ctcctgatct atttgggttc taatcgggcc    180

tccggggtcc ctgacaggtt cagtggcagt ggatcaggca cagattttac actgaaaatc    240

agcagagtgg aggctgagga tgttggggtt tattactgca tgcaagctct acaaactccg    300

ctcactttcg gcggagggac caaggtggag atcaaa                               336
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123271

US 8,859,741 B2

395

396

-continued

```
<210> SEQ ID NO 485
<211> LENGTH: 112
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 485

Asp Ile Val Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly
1               5                   10                  15

Glu Pro Ala Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser
            20                  25                  30

Asn Gly Tyr Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser
        35                  40                  45

Pro Gln Leu Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro
    50                  55                  60

Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile
65                  70                  75                  80

Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys Met Gln Ala
                85                  90                  95

Leu Gln Thr Pro Leu Thr Phe Gly Gly Gly Thr Lys Val Glu Ile Lys
            100                 105                 110


<210> SEQ ID NO 486
<211> LENGTH: 100
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 486

Gln Val Thr Leu Lys Glu Ser Gly Pro Val Leu Val Lys Pro Thr Glu
1               5                   10                  15

Thr Leu Thr Leu Thr Cys Thr Val Ser Gly Phe Ser Leu Ser Asn Ala
            20                  25                  30

Arg Met Gly Val Ser Trp Ile Arg Gln Pro Pro Gly Lys Ala Leu Glu
        35                  40                  45

Trp Leu Ala His Ile Phe Ser Asn Asp Glu Lys Ser Tyr Ser Thr Ser
    50                  55                  60

Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Lys Ser Gln Val
65                  70                  75                  80

Val Leu Thr Met Thr Asn Met Asp Pro Val Asp Thr Ala Thr Tyr Tyr
                85                  90                  95

Cys Ala Arg Ile
            100


<210> SEQ ID NO 487
<211> LENGTH: 98
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 487

Glu Val Gln Leu Val Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
            20                  25                  30

Trp Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Asn Ile Lys Gln Asp Gly Ser Glu Lys Tyr Tyr Val Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr
65                  70                  75                  80
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

397                                                                398

-continued

```
Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
            85                  90                  95

Ala Arg


<210> SEQ ID NO 488
<211> LENGTH: 96
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 488

Gln Val Gln Leu Val Glu Ser Gly Gly Gly Val Val Gln Pro Gly Arg
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
            20                  25                  30

Gly Met His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Val Ile Trp Tyr Asp Gly Ser Asn Lys Tyr Tyr Ala Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
            85                  90                  95

Ala Arg


<210> SEQ ID NO 489
<211> LENGTH: 93
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 489

Asp Ile Val Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly
1               5                   10                  15

Glu Pro Ala Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser
            20                  25                  30

Asn Gly Tyr Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser
        35                  40                  45

Pro Gln Leu Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro
    50                  55                  60

Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile
65                  70                  75                  80

Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys
            85                  90


<210> SEQ ID NO 490
<211> LENGTH: 94
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 490

Asp Ile Val Met Thr Gln Ser Pro Asp Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Glu Arg Ala Thr Ile Asn Cys Lys Ser Ser Gln Ser Val Leu Tyr Ser
            20                  25                  30

Ser Asn Asn Lys Asn Tyr Leu Ala Trp Tyr Gln Gln Lys Pro Gly Gln
        35                  40                  45

Pro Pro Lys Leu Leu Ile Tyr Trp Ala Ser Thr Arg Glu Ser Gly Val
    50                  55                  60
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123273

A00748

US 8,859,741 B2

399                                                              400

-continued

```
Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr
65                  70                  75                  80

Ile Ser Ser Leu Gln Ala Glu Asp Val Ala Val Tyr Tyr Cys
                85                  90


<210> SEQ ID NO 491
<211> LENGTH: 89
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 491

Gln Ser Val Leu Thr Gln Pro Pro Ser Ala Ser Gly Thr Pro Gly Gln
1                   5                   10                  15

Arg Val Thr Ile Ser Cys Ser Gly Ser Ser Ser Asn Ile Gly Ser Asn
                20                  25                  30

Thr Val Asn Trp Tyr Gln Gln Leu Pro Gly Thr Ala Pro Lys Leu Leu
        35                  40                  45

Ile Tyr Ser Asn Asn Gln Arg Pro Ser Gly Val Pro Asp Arg Phe Ser
    50                  55                  60

Gly Ser Lys Ser Gly Thr Ser Ala Ser Leu Ala Ile Ser Gly Leu Gln
65                  70                  75                  80

Ser Glu Asp Glu Ala Asp Tyr Tyr Cys
                85


<210> SEQ ID NO 492
<211> LENGTH: 87
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 492

Ser Tyr Val Leu Thr Gln Pro Pro Ser Val Ser Val Ala Pro Gly Lys
1                   5                   10                  15

Thr Ala Arg Ile Thr Cys Gly Gly Asn Asn Ile Gly Ser Lys Ser Val
                20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Val Leu Val Ile Tyr
        35                  40                  45

Tyr Asp Ser Asp Arg Pro Ser Gly Ile Pro Glu Arg Phe Ser Gly Ser
    50                  55                  60

Asn Ser Gly Asn Thr Ala Thr Leu Thr Ile Ser Arg Val Glu Ala Gly
65                  70                  75                  80

Asp Glu Ala Asp Tyr Tyr Cys
                85


<210> SEQ ID NO 493
<211> LENGTH: 49
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 493

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ala
1                   5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Gly Tyr
                20                  25                  30

Tyr Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123274

US 8,859,741 B2

401 402

-continued

```
<210> SEQ ID NO 494
<211> LENGTH: 96
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 494

Gln Val Gln Leu Val Glu Ser Gly Gly Gly Val Val Gln Pro Gly Arg
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
            20                  25                  30

Gly Met His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Val Ile Trp Tyr Asp Gly Ser Asn Lys Tyr Tyr Ala Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg


<210> SEQ ID NO 495
<211> LENGTH: 98
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 495

Gln Val Gln Leu Val Glu Ser Gly Gly Gly Val Val Gln Pro Gly Arg
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
            20                  25                  30

Gly Met His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Val Ile Trp Tyr Asp Gly Ser Asn Lys Tyr Tyr Ala Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg


<210> SEQ ID NO 496
<211> LENGTH: 88
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 496

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Gly Ile Ser Asn Tyr
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Val Pro Lys Leu Leu Ile
        35                  40                  45

Tyr Ala Ala Ser Thr Leu Gln Ser Gly Val Pro Ser Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Glu Asp Val Ala Thr Tyr Tyr Cys
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

**403**                                                                   **404**

-continued

```
                 85


<210> SEQ ID NO 497
<211> LENGTH: 90
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 497

Gln Ser Ala Leu Thr Gln Pro Ala Ser Val Ser Gly Ser Pro Gly Gln
1               5                   10                  15

Ser Ile Thr Ile Ser Cys Thr Gly Thr Ser Ser Asp Val Gly Gly Tyr
            20                  25                  30

Asn Tyr Val Ser Trp Tyr Gln Gln His Pro Gly Lys Ala Pro Lys Leu
        35                  40                  45

Met Ile Tyr Glu Val Ser Asn Arg Pro Ser Gly Val Ser Asn Arg Phe
    50                  55                  60

Ser Gly Ser Lys Ser Gly Asn Thr Ala Ser Leu Thr Ile Ser Gly Leu
65                  70                  75                  80

Gln Ala Glu Asp Glu Ala Asp Tyr Tyr Cys
                85                  90


<210> SEQ ID NO 498
<211> LENGTH: 87
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 498

Ser Ser Glu Leu Thr Gln Asp Pro Ala Val Ser Val Ala Leu Gly Gln
1               5                   10                  15

Thr Val Arg Ile Thr Cys Gln Gly Asp Ser Leu Arg Ser Tyr Tyr Ala
            20                  25                  30

Ser Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Val Leu Val Ile Tyr
        35                  40                  45

Gly Lys Asn Asn Arg Pro Ser Gly Ile Pro Asp Arg Phe Ser Gly Ser
    50                  55                  60

Ser Ser Gly Asn Thr Ala Ser Leu Thr Ile Thr Gly Ala Gln Ala Glu
65                  70                  75                  80

Asp Glu Ala Asp Tyr Tyr Cys
                85


<210> SEQ ID NO 499
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 499

Ser Gly Ser Ser Ser Asn Ile Gly Ser Lys Thr Val Asn
1               5                   10


<210> SEQ ID NO 500
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 500

Gly Phe Thr Phe Ser Asn Tyr Trp Met Ser
1               5                   10


<210> SEQ ID NO 501
<211> LENGTH: 17
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123276

US 8,859,741 B2

405

406

-continued

<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 501

Ser Ile Lys Gln Asp Gly Ser Glu Lys Tyr Tyr Val Asp Ser Val Lys
1               5                   10                  15

Gly


<210> SEQ ID NO 502
<211> LENGTH: 18
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 502

Asp Leu Val Leu Met Val Tyr Asp Ile Asp Tyr Tyr Tyr Tyr Gly Met
1               5                   10                  15

Asp Val


<210> SEQ ID NO 503
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 503

Arg Ser Ser Gln Ser Leu Leu His Ser Asn Gly Tyr Asn Tyr Leu Asp
1               5                   10                  15


<210> SEQ ID NO 504
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 504

Leu Gly Ser Asn Arg Ala Ser
1               5


<210> SEQ ID NO 505
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 505

Met Gln Thr Leu Gln Thr Pro Leu Thr
1               5


<210> SEQ ID NO 506
<211> LENGTH: 25
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 506

Gln Val Thr Leu Lys Glu Ser Gly Pro Val Leu Val Lys Pro Thr Glu
1               5                   10                  15

Thr Leu Thr Leu Thr Cys Thr Val Ser
            20                  25


<210> SEQ ID NO 507
<211> LENGTH: 12
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 507

Gly Phe Ser Leu Ser Asn Ala Arg Met Gly Val Ser

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123277

A00752

US 8,859,741 B2

**407**                                                              **408**

-continued

```
1               5               10


<210> SEQ ID NO 508
<211> LENGTH: 12
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 508

Gly Phe Ser Leu Ser Asn Val Arg Met Gly Val Ser
1               5               10


<210> SEQ ID NO 509
<211> LENGTH: 14
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 509

Trp Ile Arg Gln Pro Pro Gly Lys Ala Leu Glu Trp Leu Ala
1               5               10


<210> SEQ ID NO 510
<211> LENGTH: 25
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 510

Glu Val Gln Leu Val Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5               10              15

Ser Leu Arg Leu Ser Cys Ala Ala Ser
        20              25


<210> SEQ ID NO 511
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 511

Gly Phe Thr Phe Ser Ser Tyr Trp Met Ser
1               5               10


<210> SEQ ID NO 512
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 512

Gly Leu Thr Phe Ser Asn Phe Trp Met Ser
1               5               10


<210> SEQ ID NO 513
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 513

Gly Phe Thr Phe Ser Asn Tyr Trp Met Thr
1               5               10


<210> SEQ ID NO 514
<211> LENGTH: 14
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 514
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

A00753

US 8,859,741 B2

409

410

-continued

```
Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val Ala
1               5                   10


<210> SEQ ID NO 515
<211> LENGTH: 25
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 515

Gln Val Gln Leu Val Glu Ser Gly Gly Gly Val Val Gln Pro Arg
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser
            20                  25


<210> SEQ ID NO 516
<211> LENGTH: 25
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 516

Gln Val Gln Leu Val Glu Ser Gly Gly Gly Val Ala Gln Pro Gly Arg
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser
            20                  25


<210> SEQ ID NO 517
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 517

Gly Phe Thr Phe Ser Ser Tyr Gly Met His
1               5                   10


<210> SEQ ID NO 518
<211> LENGTH: 14
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 518

Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val Ala
1               5                   10


<210> SEQ ID NO 519
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 519

His Ile Phe Ser Asn Asp Glu Lys Ser Tyr Ser Thr Ser Leu Lys Ser
1               5                   10                  15


<210> SEQ ID NO 520
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 520

His Ile Phe Ser Asn Asp Glu Asn Ser Tyr Arg Thr Ser Leu Lys Ser
1               5                   10                  15


<210> SEQ ID NO 521
<211> LENGTH: 33
<212> TYPE: PRT
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

A00754

US 8,859,741 B2

411

412

-continued

<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 521

Arg Leu Thr Ile Ser Lys Asp Thr Ser Lys Ser Gln Val Val Leu Thr
1               5                   10                  15

Met Thr Asn Met Asp Pro Val Asp Thr Ala Thr Tyr Tyr Cys Ala Arg
        20                  25                  30

Ile


<210> SEQ ID NO 522
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 522

Val Gly Ala Thr Thr Asp Asp Ala Phe Asp Ile
1               5                   10


<210> SEQ ID NO 523
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 523

Trp Gly Gln Gly Thr Met Val Thr Val Ser Ser
1               5                   10


<210> SEQ ID NO 524
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 524

Trp Gly Gln Gly Thr Thr Val Thr Val Ser Ser
1               5                   10


<210> SEQ ID NO 525
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 525

Trp Gly His Gly Thr Thr Val Thr Val Ser Ser
1               5                   10


<210> SEQ ID NO 526
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 526

Asn Ile Lys Gln Asp Gly Ser Glu Lys Tyr Tyr Val Asp Ser Val Lys
1               5                   10                  15

Gly


<210> SEQ ID NO 527
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 527

Asn Ile Lys Gln Asp Gly Asn Asp Lys Tyr Tyr Val Asp Ser Val Lys
1               5                   10                  15

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

413                                                                                           414

-continued

Gly


<210> SEQ ID NO 528
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 528

Ser Ile Lys Gln Asp Gly Ser Glu Arg Tyr Tyr Val Asp Ser Val Lys
1               5                   10                  15

Gly


<210> SEQ ID NO 529
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 529

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr Leu Gln
1               5                   10                  15

Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys Ala Arg
            20                  25                  30


<210> SEQ ID NO 530
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 530

Arg Phe Thr Ile Ser Arg Asp Asn Ala Arg Asn Ser Leu Tyr Leu Gln
1               5                   10                  15

Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys Ala Arg
            20                  25                  30


<210> SEQ ID NO 531
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 531

Arg Phe Ala Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Phe Leu Gln
1               5                   10                  15

Met Asn Ser Leu Arg Ala Asp Thr Ala Val Tyr Tyr Cys Ala Arg
            20                  25                  30


<210> SEQ ID NO 532
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 532

Arg Phe Thr Ile Ser Arg Asp Thr Ala Lys Asn Ser Leu Tyr Leu Gln
1               5                   10                  15

Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys Ala Arg
            20                  25                  30


<210> SEQ ID NO 533
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 533

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123281

US 8,859,741 B2

415                                                              416

-continued

```
Glu Ser Asn Trp Gly Phe Ala Phe Asp Ile
1               5                   10


<210> SEQ ID NO 534
<211> LENGTH: 18
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 534

Pro Leu Val Leu Met Val Tyr Ala Leu His Tyr Tyr Tyr Gly Met
1               5                   10                  15

Asp Val


<210> SEQ ID NO 535
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 535

Val Ile Trp Tyr Asp Gly Ser Asn Lys Tyr Tyr Ala Asp Ser Val Lys
1               5                   10                  15

Gly


<210> SEQ ID NO 536
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 536

Val Ile Tyr Tyr Asp Gly Ile Asn Lys His Tyr Ala Asp Ser Val Lys
1               5                   10                  15

Gly


<210> SEQ ID NO 537
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 537

Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu Gln
1               5                   10                  15

Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys Ala Arg
                20                  25                  30


<210> SEQ ID NO 538
<211> LENGTH: 5
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 538

Asp Arg Gly Leu Asp
1               5


<210> SEQ ID NO 539
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 539

Trp Gly Gln Gly Thr Leu Val Thr Val Ser Ser
1               5                   10
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

A00757

US 8,859,741 B2

417                                                                    418

-continued

```
<210> SEQ ID NO 540
<211> LENGTH: 23
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 540

Asp Ile Val Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly
1               5                   10                  15

Glu Pro Ala Ser Ile Ser Cys
            20


<210> SEQ ID NO 541
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 541

Trp Tyr Leu Gln Lys Pro Gly Gln Ser Pro Gln Leu Leu Ile Tyr
1               5                   10                  15


<210> SEQ ID NO 542
<211> LENGTH: 23
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 542

Asp Ile Val Met Thr Gln Ser Pro Asp Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Glu Arg Ala Thr Ile Asn Cys
            20


<210> SEQ ID NO 543
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 543

Lys Ser Ser Gln Ser Val Leu Tyr Ser Ser Asn Asn Lys Asn Tyr Leu
1               5                   10                  15

Ala


<210> SEQ ID NO 544
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 544

Lys Ser Ser Gln Ser Val Leu Tyr Ser Ser Asn Ser Lys Asn Tyr Leu
1               5                   10                  15

Val


<210> SEQ ID NO 545
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 545

Trp Tyr Gln Gln Lys Pro Gly Gln Pro Pro Lys Leu Leu Ile Tyr
1               5                   10                  15


<210> SEQ ID NO 546
<211> LENGTH: 22
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123283

US 8,859,741 B2

419                                                                 420

-continued

<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 546

Gln Ser Val Leu Thr Gln Pro Pro Ser Ala Ser Gly Thr Pro Gly Gln
1               5                   10                  15

Arg Val Thr Ile Ser Cys
            20


<210> SEQ ID NO 547
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 547

Ser Gly Ser Ser Ser Asn Ile Gly Ser Asn Thr Val Asn
1               5                   10


<210> SEQ ID NO 548
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 548

Ser Gly Ser Ser Ser Asn Ile Gly Ser Lys Thr Val Asn
1               5                   10


<210> SEQ ID NO 549
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 549

Trp Tyr Gln Gln Leu Pro Gly Thr Ala Pro Lys Leu Leu Ile Tyr
1               5                   10                  15


<210> SEQ ID NO 550
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 550

Trp Tyr Gln Gln Phe Pro Gly Thr Ala Pro Lys Leu Leu Ile Tyr
1               5                   10                  15


<210> SEQ ID NO 551
<211> LENGTH: 22
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 551

Ser Tyr Val Leu Thr Gln Pro Pro Ser Val Ser Val Ala Pro Gly Lys
1               5                   10                  15

Thr Ala Arg Ile Thr Cys
            20


<210> SEQ ID NO 552
<211> LENGTH: 22
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 552

Ser Tyr Val Leu Thr Gln Pro Pro Ser Val Ser Val Ala Pro Gly Gln
1               5                   10                  15

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

421

422

-continued

```
Thr Ala Arg Ile Thr Cys
          20


<210> SEQ ID NO 553
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 553

Gly Gly Asn Asn Ile Gly Ser Lys Ser Val His
 1               5                  10


<210> SEQ ID NO 554
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 554

Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Val Leu Val Ile Tyr
 1               5                  10                  15


<210> SEQ ID NO 555
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 555

Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Val Leu Val Val Tyr
 1               5                  10                  15


<210> SEQ ID NO 556
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 556

Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
 1               5                  10                  15

Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys
          20                  25                  30


<210> SEQ ID NO 557
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 557

Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr His Leu Thr
 1               5                  10                  15

Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys
          20                  25                  30


<210> SEQ ID NO 558
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 558

Met Gln Ala Leu Gln Thr Pro Leu Thr
 1               5


<210> SEQ ID NO 559
<211> LENGTH: 10
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

423                                                                                                          424

-continued

```
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 559

Phe Gly Gly Gly Thr Lys Val Glu Ile Lys
1               5                   10


<210> SEQ ID NO 560
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 560

Trp Ala Ser Thr Arg Glu Ser
1               5


<210> SEQ ID NO 561
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 561

Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
1               5                   10                  15

Leu Thr Ile Ser Ser Leu Gln Ala Glu Asp Val Ala Val Tyr Tyr Cys
            20                  25                  30


<210> SEQ ID NO 562
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 562

Gln Gln Tyr Tyr Ser Thr Pro Trp Thr
1               5


<210> SEQ ID NO 563
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 563

Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
1               5                   10


<210> SEQ ID NO 564
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 564

Ser Asn Asn Gln Arg Pro Ser
1               5


<210> SEQ ID NO 565
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 565

Ser Asn Asn Arg Arg Pro Ser
1               5


<210> SEQ ID NO 566
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123286

US 8,859,741 B2

425                                                426

-continued

```
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 566

Gly Val Pro Asp Arg Phe Ser Gly Ser Lys Ser Gly Thr Ser Ala Ser
1               5                   10                  15

Leu Ala Ile Ser Gly Leu Gln Ser Glu Asp Glu Ala Asp Tyr Tyr Cys
            20                  25                  30


<210> SEQ ID NO 567
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 567

Ala Ala Trp Asp Asp Ser Leu Asn Trp Val
1               5                   10


<210> SEQ ID NO 568
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 568

Ala Thr Trp Asp Asp Arg Leu Asn Trp Val
1               5                   10


<210> SEQ ID NO 569
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 569

Phe Gly Ala Gly Thr Lys Leu Thr Val Leu
1               5                   10


<210> SEQ ID NO 570
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 570

Tyr Asp Ser Asp Arg Pro Ser
1               5


<210> SEQ ID NO 571
<211> LENGTH: 7
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 571

Asp Asp Ser Asp Arg Pro Ser
1               5


<210> SEQ ID NO 572
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 572

Gly Ile Pro Glu Arg Phe Ser Gly Ser Asn Ser Gly Asn Thr Ala Thr
1               5                   10                  15

Leu Thr Ile Ser Arg Val Glu Ala Gly Asp Glu Ala Asp Tyr Tyr Cys
```

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

US 8,859,741 B2

427    428

-continued

```
              20                25              30


<210> SEQ ID NO 573
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 573

Gly Ile Pro Glu Arg Phe Ser Gly Ser Asn Ser Gly Asn Thr Ala Thr
1               5                   10                  15

Leu Thr Ile Ser Arg Val Glu Ala Gly Asp Glu Ala Asp Phe Tyr Cys
            20                  25                  30


<210> SEQ ID NO 574
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 574

Gln Val Trp Asp Ser Ser Ser Asp Pro Val Val
1               5                   10


<210> SEQ ID NO 575
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 575

Phe Gly Gly Gly Thr Lys Leu Thr Val Leu
1               5                   10
```

What is claimed is:

1. An isolated monoclonal antibody that binds to PCSK9, wherein the isolated monoclonal antibody binds an epitope on PCSK9 comprising at least one of residues 237 or 238 of SEQ ID NO: 3, and wherein the monoclonal antibody blocks binding of PCSK9 to LDLR.

2. The isolated monoclonal antibody of claim 1, wherein the isolated monoclonal antibody is a neutralizing antibody.

3. The isolated monoclonal antibody of claim 2, wherein the isolated monoclonal antibody was produced by a CHO cell.

4. The isolated monoclonal antibody of claim 3, wherein the isolated monoclonal antibody binds to PCSK9 with a $K_D$ of less than or equal to $5 \times 10^{-9}$ M.

5. The isolated monoclonal antibody of claim 2, wherein the isolated monoclonal antibody is a human antibody.

6. The isolated monoclonal antibody of claim 5, wherein the isolated monoclonal antibody comprises a light chain region that comprises an amino acid sequence of SEQ ID NO: 157.

7. The isolated monoclonal antibody of claim 2, wherein the epitope is a functional epitope.

8. The isolated monoclonal antibody of claim 2, wherein the epitope is a structural epitope.

9. The isolated monoclonal antibody of claim 2, wherein the epitope is an epitope on a native PCSK9 protein.

10. The isolated monoclonal antibody of claim 2, wherein the epitope comprises at least residue 237 of SEQ ID NO: 3.

11. The isolated monoclonal antibody of claim 2, wherein the epitope comprises at least residue 238 of SEQ ID NO: 3.

12. The isolated monoclonal antibody of claim 2, wherein the isolated monoclonal antibody is a humanized antibody.

13. An isolated monoclonal antibody that binds to human PCSK9 at one or more of amino acid residues 237 or 238 of SEQ ID NO: 3, and wherein the monoclonal antibody blocks binding of PCSK9 to LDLR.

14. The isolated monoclonal antibody of claim 13, wherein the isolated monoclonal antibody is a neutralizing antibody.

15. The isolated monoclonal antibody of claim 14, wherein the isolated monoclonal antibody was produced by a CHO cell.

16. The isolated monoclonal antibody of claim 15, wherein the isolated monoclonal antibody binds to PCSK9 with a $K_D$ of less than or equal to $5 \times 10^{-9}$ M.

17. The isolated monoclonal antibody of claim 14, wherein the isolated monoclonal antibody is a human antibody.

18. The isolated monoclonal antibody of claim 17, wherein the isolated monoclonal antibody comprises a light chain region that comprises an amino acid sequence of SEQ ID NO: 157.

19. The isolated monoclonal antibody of claim 17, wherein the isolated monoclonal antibody further binds at least one of amino acid residues 153, 194, 374, 377, or 379 of SEQ ID NO: 3.

20. The isolated monoclonal antibody of claim 17, wherein the isolated monoclonal antibody further binds at least one of amino acid residues 367 or 382 of SEQ ID NO: 3.

21. The isolated monoclonal antibody of claim 17, wherein the isolated monoclonal antibody further binds at least one of amino acid residues 192, 194, or 197 of SEQ ID NO: 3.

22. The isolated monoclonal antibody of claim 14, wherein the isolated monoclonal antibody is a humanized antibody.

23. The isolated monoclonal antibody of claim 14, wherein the isolated monoclonal antibody binds at least amino acid residue 237 of SEQ ID NO: 3.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM—SA 01123288

US 8,859,741 B2

429

430

24. The isolated monoclonal antibody of claim **14**, wherein the isolated monoclonal antibody binds at least amino acid residue 238 of SEQ ID NO: 3.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123289

A00764

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,859,741 B2
APPLICATION NO.     : 14/261087
DATED               : October 14, 2014
INVENTOR(S)         : Simon Mark Jackson

Page 1 of 6

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On The Title Page

In column 2 (page 3, item 56) at line 20, Under Other Publications, change "Aterioscler" to --Arterioscler--.

In column 2 (page 5, item 56) at line 49, Under Other Publications, change "extracelluarly" to --extracellularly--.

In column 1 (page 6, item 56) at line 45, Under Other Publications, change "hypercholersterolemia" to --hypercholesterolemia--.

In column 2 (page 6, item 56) at line 5, Under Other Publications, change "PSK9" to --PCSK9--.

In column 1 (page 8, item 56) at line 64, Under Other Publications, change "a the" to --of the--.

In column 1 (page 9, item 56) at line 53, Under Other Publications, change "apoliprotein" to --apolipoprotein--.

In column 2 (page 9, item 56) at line 19, Under Other Publications, change "Hypercholesterolema" to --Hypercholesterolemia--.


In The Specification

In column 2 at line 24, Change "SKI-1/SIP" to --SKI-1/S1P--.

In column 6 at line 19, Change "$X_6X_5$" to --$X_5X_6$--.

In column 6 at line 27, Change "Xs" to --$X_8$--.

In column 6 at line 65, Change "IgG2-" to --IgG2-,--.

In column 10 at line 30, Change "5383," to --S383,--.

In column 14 at line 21, Change "Xs" to --$X_8$--.


Signed and Sealed this
Third Day of March, 2015

Michelle K. Lee

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 8,859,741 B2**

In column 17 at line 26, Change "$X_1$" to --$X_1$--.

In column 18 at line 12, Change "bindng" to --binding--.

In column 18 at line 14, Change "bindng" to --binding--.

In column 18 at line 16, Change "bindng" to --binding--.

In column 18 at line 18, Change "bindng" to --binding--.

In column 18 at line 20, Change "bindng" to --binding--.

In column 18 at line 22, Change "bindng" to --binding--.

In column 18 at line 24, Change "experiement" to --experiment--.

In column 18 at line 36, Change "assay" to --assay.--.

In column 18 at line 48, Change "PCSK9" to --PCSK9.--.

In column 18 at line 51, Change "PCSK9" to --PCSK9.--.

In column 18 at line 55, Change "PCSK9" to --PCSK9.--.

In column 18 at line 59, Change "PCSK9" to --PCSK9.--.

In column 19 at line 25, Change "normeutralizing" to --nonneutralizing--.

In column 19 at line 35, Change "normeutralizing" to --nonneutralizing--.

In column 21 at line 3, Change "ont" to --onto--.

In column 23 at line 6, Change "al," to --al.,--.

In column 23 at line 6, Change "apoliprotein" to --apolipoprotein--.

In column 23 at line 9, Change "al," to --al.,--.

In column 23 at line 13, Change "al," to --al.,--.

In column 23 at line 19, Change "Ic"" to --1c"--.

In column 23 at lines 37-38, Change "phosphoroamidate." to --phosphoramidate.--.

In column 27 at line 35, Change "H is," to --His,--.

In column 28 at line 10 (approx.), Change "(+3.0+1);" to --(+3.0±1);--.

In column 28 at line 12, Change "(-0.5-1);" to --(-0.5±1);--.

In column 28 at line 21, Change "+0.5" to --±0.5--.

In column 29 at line 1, Change "Nos." to --Nos:--.

In column 29 at line 39, Change "—$CH_2$ NH—," to -- —$CH_2NH$—,--.

In column 29 at line 40, Change "—$CH_2$ S—," to -- —$CH_2S$—,--.

In column 29 at line 41, Change "—$CH_2$ SO—," to -- —$CH_2SO$—,--.

In column 30 at line 34, Change "bindng" to --binding--.

In column 31 at line 64, Change "$10^{-9}$ M." to --$\leq 10^{-9}$ M.--.

In column 31 at line 64, Change "<$1 \times 10^{-5}$" to --$\leq 1 \times 10^{-5}$--.

In column 35 at line 12, Change "target" to --target.--.

In column 36 at line 13, Change "1-125" to --I-125--.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123291

**CERTIFICATE OF CORRECTION (continued)**
U.S. Pat. No. 8,859,741 B2

In column 38 at line 43, Change "3." to --3--.

In column 39 at line 35, Change "cataylytic" to --catalytic--.

In column 43 at lines 10-11, Change "cataylytic" to --catalytic--.

In column 43 at line 11, Change "5. 5" to --5.5--.

In column 43 at line 14, Change "5. 5" to --5.5--.

In column 43 at line 49, Change "neturalizing" to --neutralizing--.

In column 44 at line 8, Change "al," to --al.,--.

In column 45 at line 15, Change "Imnmuol" to --Immunol--.

In column 52 at line 18, Change "guainine" to --guanine--.

In column 54 at line 33, Change "6,023.010" to --6,023,010--.

In column 56 at line 31, Change "normative" to --nonnative--.

In column 58 at line 49, Change "dithiobisGSH," to --dithiobis GSH,--.

In column 59 at line 7, Change "chromotography" to --chromatography--.

In column 64 at line 47, Change "apoplipoprotein" to --apolipoprotein--.

In column 65 at line 20, Change "Nutirtional" to --Nutritional--.

In column 65 at line 21, Change "Regulatiory" to --Regulatory--.

In column 65 at line 21, Change "IC"," to --1C",--.

In column 65 at lines 35-36, Change "admininstered" to --administered--.

In column 66 at lines 35-36, Change "agonsits," to --agonists,--.

In column 66 at line 38, Change "sulphonyl ureas," to --sulphonylureas,--.

In column 66 at line 39, Change "inhibitoris" to --inhibitors--.

In column 66 at line 46, Change "anti-psycotic" to --anti-psychotic--.

In column 67 at line 6, Change "alllosteric" to --allosteric--.

In column 68 at line 5, Change "1ck." to --Ick.--.

In column 68 at line 7, Change "Anti-Inflanmmatory" to --Anti-Inflammatory--.

In column 68 at line 54, Change "tyloxapal);" to --tyloxapol);--.

In column 74 at line 41 (approx.), Change "neutravadin" to --neutravidin--.

In column 74 at line 61, Change "V5H is" to --V5His--.

In column 74 at line 64, Change "neutravadin" to --neutravidin--.

In column 74 at line 64, Change "8 g/ml" to --8 μg/ml--.

In column 75 at line 6, Change "401/well" to --40 μl/well--.

In column 75 at lines 13-14, Change "501/well" to --50 μl/well--.

In column 75 at lines 17-18, Change "50 l/well" to --50 μl/well--.

In column 75 at line 24, Change "Caymen" to --Cayman--.

In column 75 at line 26, Change "LDLR(R&D" to --LDLR (R&D--.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 8,859,741 B2**

In column 75 at line 33, Change "V5H is" to --V5His--.

In column 75 at line 36, Change "neutravadin" to --neutravidin--.

In column 75 at line 63, Change "LDLR(R&D" to --LDLR (R&D--.

In column 75 at line 66, Change "1.2,3" to --1.2.3--.

In column 76 at line 17 (approx., TABLE 4), Change "Summaryof" to --Summary of--.

In column 76 at line 21 (approx., TABLE 4), Change "m1" to --ml--.

In column 77 at line 12 (approx.), Change "37C" to --37° C--.

In column 77 at lines 38-39, Change "neutravadin" to --neutravidin--.

In column 78 at line 6, Change "neutravadin" to --neutravidin--.

In column 78 at lines 41-42, Change "neutravadin" to --neutravidin--.

In column 79 at line 3, Change "al," to --al.,--.

In column 79 at line 12, Change "neutravadin" to --neutravidin--.

In column 79 at line 56, Change "LDLR(R&D" to --LDLR (R&D--.

In column 79 at line 64, Change "LDLR(R&D" to --LDLR (R&D--.

In column 80 at line 51, Change "LDLR(R&D" to --LDLR (R&D--.

In column 84 at line 27, Change "(0.22 m)." to --(0.22 μm).--.

In column 87 at line 55, Change "equilibirium" to --equilibrium--.

In column 88 at line 61 (approx., TABLE 8.3), Change "31G1" to --31G11--.

In column 88 at line 61 (approx., TABLE 8.3), Change "1" to --3--.

In column 90 at lines 31-32, Change "updtake" to --uptake--.

In column 90 at line 45, Change "Harland-Teklad," to --Harlan-Teklad,--.

In column 90 at line 45, Change "through out" to --throughout--.

In column 91 at line 21, Change "decreased.," to --decreased.--.

In column 91 at line 47, Change "sacrified" to --sacrificed--.

In column 92 at line 15 (approx.), Change "Harland-Teklad," to --Harlan-Teklad,--.

In column 92 at line 15 (approx.), Change "through out" to --throughout--.

In column 92 at line 50, Change "mg/kg" to --10 mg/kg--.

In column 94 at line 22 (approx.), Change "commerically" to --commercially--.

In column 94 at line 51, Change "indentify" to --identify--.

In column 95 at line 7 (approx.), Change "therapeutcially" to --therapeutically--.

In column 95 at line 33, Change "disases" to --diseases--.

In column 96 at line 16, Change "Bioreclaimation" to --Bioreclamation--.

In column 96 at line 37, Change "appreciatedy" to --appreciated--.

In column 96 at line 41, Change "the" to --that--.

In column 97 at line 40, Change "influcence" to --influence--.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123293

**CERTIFICATE OF CORRECTION (continued)**                                              Page 5 of 6
**U.S. Pat. No. 8,859,741 B2**

In column 97 at line 54, Change "phylogenic" to --phylogenetic--.

In column 98 at line 5, Change "ClutalW-like" to --ClustalW-like--.

In column 98 at line 8, Change "phylogenic" to --phylogenetic--.

In column 98 at lines 41-42, Change "adenoassociated" to --adeno-associated--.

In column 99 at line 43 (approx.), Change "311H4" to --31H4--.

In column 101 at line 23, Change "158," to --I58,--.

In column 101 at line 25, Change "Dill." to --D111.--.

In column 101 at line 28, Change "151," to --I51,--.

In column 101 at line 29, Change "170," to --I70,--.

In column 101 at line 32, Change "150," to --I50,--.

In column 101 at line 53 (approx.), Change "21B 12" to --21B12--.

In column 102 at line 10 (approx.), Change "1154," to --I154,--.

In column 102 at line 51, Change "134," to --I34,--.

In column 104 at line 58, Change "11154," to --I154,--.

In column 105 at line 19, Change "15-8,8,8-5," to --15-8, 8, 8-5,--.

In column 105 at lines 25-26, Change "15-8,8,8-5," to --15-8, 8, 8-5,--.

In column 107 at line 7, Change "crystalography," to --crystallography,--.

In column 107 at line 17, Change "31H₄Fab" to --31H4 Fab--.

In column 107 at line 36, Change "31H₄Fab" to --31H4 Fab--.

In column 107 at line 38, Change "31H₄Fab" to --31H4 Fab--.

In column 107 at line 43, Change "31H₄Fab" to --31H4 Fab--.

In column 107 at line 46, Change "21B 12" to --21B12--.

In column 109 at line 22, Change "MMIE" to --MME--.

In column 109 at line 28, Change "Ciystallogr" to --Crystallogr--.

In column 109 at line 29, Change "31 A4" to --31A4--.

In column 109 at line 46, Change "Ciystallogr" to --Crystallogr--.

In column 110 at line 43, Change "1151," to --I51,--.

In column 110 at line 52, Change "31 A4" to --31A4--.

In column 111 at line 4, Before "presented" delete "are".

In column 111 at line 9, Change "15-8,8,8-5," to --15-8, 8, 8-5,--.

In column 111 at line 27, Change "21B12" to --21B12,--.

In column 111 at line 32, Change "21B 12" to --21B12--.

In column 114 at line 21, Change "4" to --Φ--.

In column 114 at line 29, Change "deselected." to --deselected--.

In column 114 at line 59, Change "21B 12," to --21B12,--.

AM-SA 01123294

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 8,859,741 B2**

In column 115 at lines 43-44, Change "strepavidin" to --streptavidin--.

In column 115 at line 59 (approx.), Change "#109-1,6-170)" to --#109-116-170)--.

In columns 115-116 at line 21 (TABLE 39.1), Change "RV580" to --V580R--.

In column 116 at line 67, Change "39.2" to --39.2.--.

In column 118 at line 38, Change "303)" to --303).--.

In column 120 at line 14 (approx.), Change "Bmax" to --Bmax.--.

In column 121 at line 9, Change "C4" to --3C4--.

In column 121 at line 54 (approx.), Change "NO:s" to --NOs:--.

In column 124 at line 3, Change "31 A4" to --31A4--.

AM-SA 01123295

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,859,741 B2                                              Page 1 of 3
APPLICATION NO.     : 14/261087
DATED               : October 14, 2014
INVENTOR(S)         : Simon Mark Jackson

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

On column 27, line 6, please change "e-N-acetyllysine" to --ε-N-acetyllysine--.

On column 34, line 40, please change "CH₃" to --$C_H3$--.

On column 57, line 27, please change "Pichia" to --*Pichia*--.

On column 57, line 56, please change "*larvae*" to --larvae--.

On column 57, line 67, please change "*larvae*" to --larvae--.

On column 87, line 1, before "TABLE 7.2", please insert --Table 7.2 depicts the $k_{oa}$ and $k_{eff}$ rates.--.

On column 100, lines 14-16, please change "W156, N157, L158, E159, H193, E195, H229, R237, G240, K243, D367, I368, G370" and insert therefore, --W156, N157, L158, E159, H193, E195, H229, R237, G240, K243, D367, I368, G370--.

On column 100, lines 54-57, please change "D70, P71, S148, V149, D186, T187, E211, D212, G213, R218, Q219, C223, D224, G227, H229, L253, N254, G259, P288, A290, G291, G316, R319, Y325, V346, G352, T353, G365, I368, I369, S372, S373, C378, F379, T385, S386" to --D70, P71, S148, V149, D186, T187, E211, D212, G213, R218, Q219, C223, D224, G227, H229, L253, N254, G259, P288, A290, G291, G316, R319, Y325, V346, G352, T353, G365, I368, I369, S372, S373, C378, F379, T385, S386--.

On column 102, lines 10-13, please change "I154, T187, H193, E195, I196, M201, V202, C223, T228, S235, G236" to --I154, T187, H193, E195, I196, M201, V202, C223, T228, S235, G236--.

On column 109, line 50, please delete indent before "A".

On column 109, line 50, please change "A" to --Å--.

On column 110, lines 26-27, please change "I474, R476, G497, E498, M500, G504, K506,

Signed and Sealed this
Eighth Day of September, 2015

Michelle K. Lee

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

**CERTIFICATE OF CORRECTION (continued)**                          Page 2 of 3
**U.S. Pat. No. 8,859,741 B2**

L507, V508, A511, N513, A514, G516, V536, T538, A539, A544, T548" to --I474, R476, G497, E498, M500, G504, K506, L507, V508, A511, N513, A514, G516, V536, T538, A539, A544, T548--.

On column 110, lines 62-65, please change "R476, G497, E498, M500, G504, K506, L507, V508, A511, N513, A514, G516, V536, T538, A539, A544, T548, D570" to --R476, G497, E498, M500, G504, K506, L507, V508, A511, N513, A514, G516, V536, T538, A539, A544, T548, D570--.

On column 119, approximately line 7, on Table 39.4, please change:

" | 12H11 | A311R | | 14.9600 | " to -- | 12H11 | A311R | | 14.9600 | -- therefor.

On column 119, approximately line 8, on Table 39.4, please change:

" | 21B12 | D162R | | 7.052 | " to -- | 21B12 | D162R | | 7.052 | -- therefor.

On column 119, approximately line 15, on Table 39.4, please change:

" | 12H11 | D313R | 16.1811 | 18.4262 | " to -- | 12H11 | D313R | 16.1811 | 18.4262 | -- therefor.

On column 119, approximately line 19, on Table 39.4, please change:

" | 12H11 | D337R | | 10.8443 | " to -- | 12H11 | D337R | | 10.8443 | -- therefor.

On column 119, approximately line 23, on Table 39.4, please change:

" | 12H11 | E129R | 28.6398 | 29.3751 | " to -- | 12H11 | E129R | 28.6398 | 29.3751 | -- therefor.

On column 119, approximately line 24, on Table 39.4, please change:

" | 21B12 | E167R | | 15.1082 | " to -- | 21B12 | E167R | | 15.1082 | -- therefor.

On column 119, approximately line 31, on Table 39.4, please change:

" | 3C4 | H521R | | 22.1077 | " to -- | 3C4 | H521R | | 22.1077 | -- therefor.

On column 119, approximately line 36, on Table 39.4, please change:

" | 3C4 | Q554R | | 31.8416 | " to -- | 3C4 | Q554R | | 31.8416 | -- therefor.

On column 119, approximately line 37, on Table 39.4, please change:

" | 21B12 | R164B | 17.3807 | 19.8505 | " to --| 21B12 | R164E | 17.3807 | 19.8505 | -- therefor.

On column 119, approximately line 44, on Table 39.4, please change:

" | 3C4 | R519E | | 44.0091 | " to -- | 3C4 | R519E | | 44.0091 | -- therefor.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123297

**CERTIFICATE OF CORRECTION (continued)**                            Page 3 of 3

**U.S. Pat. No. 8,859,741 B2**

On column 119, approximately line 47, on Table 39.4, please change:

" | 12H11 | S123R | 20.8560 | 20.6910 | " to -- | 12H11 | S123R | 20.8560 | 20.6910 | -- therefor.

Copy provided by USPTO from the PIRS Image Database on 10/12/2015

AM-SA 01123298