IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; and AMGEN USA INC.<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No.: 14-1317-SLR<br>(CONSOLIDATED)<br><br>█████<br><br>PUBLIC VERSION |

**APPENDIX TO PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR A NEW TRIAL**

**EXHIBITS JTX 0002, JTX 0003, JTX 0108, JTX0422, PTX 4289, AND DTX 2559**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

*Attorneys for Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc.*

Dated: May 11, 2016

01:18677173.1

| Tab | Description | Appendix Page No. |
|---|---|---|
| 1 | U.S. Patent No. 8,829,165 (JTX 0002) | P00001 – P00385 |
| 2 | U.S. Patent No. 8,859,741 (JTX 0003) | P00386 – P00771 |
| 3 | ████████████████ (JTX 0108) | P00772 – P00789 |
| 4 | Tables 35.1-35.4 from U.S. Patent Nos. 8,829,165 and 8,859,741 (JTX 0422) | P00790 – P01116 |
| 5 | ████████████████ (PTX 4289) | P01117 – P01166 |
| 6 | Dr. Ravetch's Novartis and Schering Claim Chart re § 112 Support (DTX 2559) | P01167 – P01178 |

01:18677173.1

# TAB 1

# JTX 0002

PUBLICLY AVAILABLE - REDACTED DUE TO SIZE

# TAB 2

# JTX 0003

PUBLICLY AVAILABLE - REDACTED DUE TO SIZE

# TAB 3

# JTX 0108

CONFIDENTIAL - REDACTED

# TAB 4

# JTX 0422

PUBLICLY AVAILABLE - REDACTED DUE TO SIZE

# TAB 5

# PTX 4289

CONFIDENTIAL - REDACTED

# TAB 6

# DTX 2559

# Exhibit 2

EXHIBIT
2559
1:14cv1317-SLR

## NOVARTIS CLAIM CHART

Table 1: Claim chart showing written support from U.S. Provisional Patent Application No. 60/911,654 ("Novartis Prov") for Claims of WO 2008/125623 ("Novartis").

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| 1. An isolated Proprotein convertase subtilisin/kexin type 9 polypeptide (PCSK9) binding molecule comprising an antigen binding portion of an antibody that specifically binds to a PCSK9, wherein the antigen binding portion binds to an epitope within the catalytic domain of human PCSK9 (SEQ ID NO:1) within or overlapping one of the following:<br>(a) amino acids 166-177 of SEQ ID NO:1;<br>(b) amino acids 187-202 of SEQ ID NO: 1 ;<br>(c) amino acids 206-219 of SEQ ID NO:1;<br>(d) amino acids 231 -246 of SEQ ID NO: 1 ;<br>(e) amino acids 277-283 of SEQ ID NO: 1 ;<br>(f) amino acids 336-349 of SEQ ID NO:1;<br>(g) amino acids 368-383 of SEQ ID NO:1; or<br>(h) amino acids 426-439 of SEQ ID NO: 1. | 1. An isolated Proprotein convertase subtilisin/kexin type 9 polypeptide (PCSK9) binding molecule comprising an antigen binding portion of an antibody that specifically binds to a PCSK9, wherein the antigen binding portion binds to an epitope within the catalytic domain of human PCSK9 (SEQ ID NO:1) within or overlapping one of the following:<br>(a) amino acids 166-177 of SEQ ID NO:1;<br>(b) amino acids 187-202 of SEQ ID NO:1;<br>(c) amino acids 206-219 of SEQ ID NO:1;<br>(d) amino acids 231-246 of SEQ ID NO:1;<br>(e) amino acids 277-283 of SEQ ID NO:1;<br>(f) amino acids 336-349 of SEQ ID NO: 1;<br>(g) amino acids 368-383 of SEQ ID NO: 1; or<br>(h) amino acids 426-439 of SEQ ID NO: 1. | *See, e.g.*, page 2, line 16 to page 3, line 2. ("[T]he invention features a PCSK9 binding molecule including an antigen binding portion of an antibody that binds (e.g., specifically binds) to a PCSK9, wherein the antigen binding portion binds to an epitope within the catalytic domain of human PCSK9 (SEQ ID NO:1) within or overlapping one of the following: (a) amino acids 166-177 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: YRADEYQPPDGG (SEQ ID NO:4));(b) amino acids 187-202 of SEQ ID NO: 1 (i.e., an epitope within or overlapping the following sequence: TSIQSDHREIEGRVMV (SEQ ID NO:5)); (c) amino acids 206-219 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: ENVPEEDGTRFHRQ (SEQ ID NO:6)); (d) amino acids 231-246 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: AGVVSGRDAGVAKGAS (SEQ ID NO:7)); (e) amino acids 277-283 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: VQPVGPL (SEQ ID NO:8)); (f) amino acids 336-349 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: VGATNAQDQPVTLG (SEQ ID NO:9)); (g) amino |

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| | | acids 368-383 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: IIGASSDCSTCFVSQS (SEQ ID NO: 10)); or (h) amino acids 426-439 of SEQ ID NO:1 (i.e., an epitope within or overlapping the following sequence: EAWFPEDQRVLTPN (SEQ ID NO:11)).") |
| 6. The PCSK9 binding molecule of any of claims 1-3, wherein the antigen binding portion binds to a linear epitope. | 6. The PCSK9 binding molecule of any of claims 1-3, wherein the antigen binding portion binds to a linear epitope. | See, e.g., page 5, line 7 ("In various embodiments, the antigen binding portion binds to a linear epitope."). |
| 7. The PCSK9 binding molecule of any of claims 1-3, wherein the antigen binding portion binds to a non-linear epitope. | 7. The PCSK9 binding molecule of any of claims 1-3, wherein the antigen binding portion binds to a non-linear epitope. | See, e.g., page 5, line 8 ("In various embodiments, the antigen binding portion binds to a non-linear epitope."). |
| 10. The PCSK9 binding molecule of claim 7, wherein the antigen binding portion binds to a non-linear epitope consisting of at least one portion of two or three of the following linear epitopes:<br>(a) amino acids 187-202 of SEQ ID NO:1;<br>(b) amino acids 231-246 of SEQ ID NO:1; and<br>(c) amino acids 368-383 of SEQ ID NO:1. | 10. The PCSK9 binding molecule of claim 7, wherein the antigen binding portion binds to a non-linear epitope consisting of at least one portion of two or three of the following linear epitopes:<br>(a) amino acids 187-202 of SEQ ID NO:1;<br>(b) amino acids 231-246 of SEQ ID NO:1; and<br>(c) amino acids 368-383 of SEQ ID NO: 1. | See, e.g., page 5, lines 14-18 ("In yet another example, the antigen binding portion binds to a non-linear epitope including, or consisting of, at least one portion of two or three of the following linear epitopes: (a) amino acids 187-202 of SEQ ID NO:1; (b) amino acids 231-246 of SEQ ID NO:1; and (c) amino acids 368-383 of SEQ ID NO:1."). See also, page 13, lines 10-14. |
| 18. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion binds to PCSK9 with a dissociation constant ($K_D$) equal to or less than 1 nM. | 17. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion binds to PCSK9 with a dissociation constant ($K_D$) equal to or less than 1 nM. | See, e.g., page 6, lines 1-3 ("In various embodiments, the antigen binding portion of the PCSK9 binding molecule binds to PCSK9 with a dissociation constant ($K_D$) equal to or less than 1 nM, 0.5 nM, 0.25 nM, or 0.1 nM."). |
| 19. The PCSK9 binding molecule of claim 18, wherein the antigen binding portion binds to PCSK9 with a $K_D$ equal to or less than 0.5 nM. | 18. The PCSK9 binding molecule of claim 17, wherein the antigen binding portion binds to PCSK9 with a $K_D$ equal to or less than 0.5 nM. | See, e.g., page 6, lines 1-3 ("In various embodiments, the antigen binding portion of the PCSK9 binding molecule binds to PCSK9 with a dissociation constant ($K_D$) equal to or less than 1 nM, 0.5 nM, 0.25 nM, or 0.1 nM."). |

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| 20. The PCSK9 binding molecule of claim 19, wherein the antigen binding portion binds to a human PCSK9 with a $K_D$ equal to or less than 0.1 nM. | 19. The PCSK9 binding molecule of claim 18, wherein the antigen binding portion binds to a human PCSK9 with a $K_D$ equal to or less than 0.1 nM. | See, e.g., page 6, lines 1-3 ("In various embodiments, the antigen binding portion of the PCSK9 binding molecule binds to PCSK9 with a dissociation constant ($K_D$) equal to or less than 1 nM, 0.5 nM, 0.25 nM, or 0.1 nM."). |
| 21. The PCSK9 binding molecule of claim 18, wherein the antigen binding portion binds to PCSK9 of a non-human primate with a $K_D$ equal to or less than 0.3 nM. | 20. The PCSK9 binding molecule of claim 17, wherein the antigen binding portion binds to PCSK9 of a non-human primate with a $K_D$ equal to or less than 0.3 nM. | See, e.g., page 6, lines 4-6 ("In various embodiments, the antigen binding portion of the PCSK9 binding molecule binds to PCSK9 of a non-human primate (e.g., cynomolgus monkey or chimpanzee) with a $K_D$ equal to or less than 0.3 nM."). |
| 22. The PCSK9 binding molecule of claim 18, wherein the antigen binding portion thereof binds to mouse PCSK9 with a $K_D$ equal to or less than 0.5 nM. | 21. The PCSK9 binding molecule of claim 17, wherein the antigen binding portion thereof binds to mouse PCSK9 with a $K_D$ equal to or less than 0.5 nM. | See, e.g., page 6, lines 7-8 ("In various embodiments, antigen binding portion binds to mouse PCSK9 with a $K_D$ equal to or less than 0.5 nM."). |
| 23. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is an antigen binding portion of a human antibody. | 22. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is an antigen binding portion of a human antibody. | See, e.g., page 6, lines 10-11 ("In one embodiment, the antigen binding portion is an antigen binding portion of a human antibody."). |
| 25. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is an antigen binding portion of a monoclonal antibody. | 24. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is an antigen binding portion of a monoclonal antibody. | See, e.g., page 6, lines 12-13 ("The antigen binding portion can be an antigen binding portion of a monoclonal antibody . . . ."). |
| 27. The PCSK9 binding molecule of any of claims 1-26, wherein the PCSK9 binding molecule is a chimeric antibody. | 26. The PCSK9 binding molecule of any of claims 1-25, wherein the PCSK9 binding molecule is a chimeric antibody. | See, e.g., page 6, line 9 ("The antibody can be a chimeric (e.g., humanized) antibody or a human antibody."). |
| 28. The PCSK9 binding molecule any of claims 1-26, wherein the PCSK9 binding molecule comprises an Fab fragment, an Fab' fragment, an $F(ab')_2$, or an Fv fragment of the antibody. | 27. The PCSK9 binding molecule any of claims 1-25, wherein the PCSK9 binding molecule comprises an Fab fragment, an Fab' fragment, an $F(ab')_2$, or an Fv fragment of the antibody. | See, e.g., page 6, lines 14-15 ("The PCSK9 binding molecule includes, for example, an Fab fragment, an Fab' fragment, an $F(ab')_2$, or an Fv fragment of the antibody."). |
| 29. The PCSK9 binding molecule of any of claims 1-26, wherein the PCSK9 binding | 28. The PCSK9 binding molecule of any of claims 1-25, wherein the PCSK9 binding | See, e.g., page 6, line 17 ("In one embodiment, the PCSK9 binding molecule |

3

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| molecule comprises a single chain Fv. | molecule comprises a single chain Fv. | includes a single chain Fv."). |
| 30. The PCSK9 binding molecule of any of claims 1-26, wherein the PCSK9 binding molecule comprises a diabody. | 29. The PCSK9 binding molecule of any of claims 1-25, wherein the PCSK9 binding molecule comprises a diabody. | See, e.g., page 6, lines 18-19 ("In one embodiment, the PCSK9 binding molecule includes a diabody (e.g., a single chain diabody, or a diabody having two polypeptide chains)."). |
| 31. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is derived from an antibody of one of the following isotypes: IgG1, IgG2, IgG3 or IgG4. | 30. The PCSK9 binding molecule of any preceding claim, wherein the antigen binding portion is derived from an antibody of one of the following isotypes: IgG1, IgG2, IgG3 or IgG4. | See, e.g., page 6, lines 20-21 ("In some embodiments, the antigen binding portion of the antibody is derived from an antibody of one of the following isotypes: IgG1, IgG2, IgG3 or IgG4."). |
| 32. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits PCSK9 binding to a PCSK9 ligand. | 31. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits PCSK9 binding to a PCSK9 ligand. | See, e.g., page 6, lines 26-27 ("In various embodiments, the PCSK9 binding molecule inhibits PCSK9 binding to a PCSK9 ligand."). |
| 33. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits PCSK9 binding to a low density lipoprotein receptor (LDL-R). | 32. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits PCSK9 binding to a low density lipoprotein receptor (LDL-R). | See, e.g., page 7, lines 3-4 ("For example, the PCSK9 binding molecule can inhibit PCSK9 binding to a low density lipoprotein receptor (LDL-R) . . . ."). |
| 36. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits a PCSK9-dependent decrease of LDL-R on a hepatocyte. | 35. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule inhibits a PCSK9-dependent decrease of LDL-R on a hepatocyte. | See, e.g., page 7, lines 15-16 ("In some embodiments, the PCSK9 binding molecule inhibits a PCSK9-dependent decrease of LDL-R . . . on a hepatocyte."). |
| 37. The PCSK9 binding molecule of claim 36, wherein the PCSK9 binding molecule inhibits PCSK9 dependent degradation of LDL-R on hepatocytes. | 36. The PCSK9 binding molecule of claim 35, wherein the PCSK9 binding molecule inhibits PCSK9 dependent degradation of LDL-R on hepatocytes. | See, e.g., page 7, lines 15-16 ("In some embodiments, the PCSK9 binding molecule inhibits a PCSK9-dependent decrease of LDL-R (e.g., PCSK9 dependent degradation of LDL-R) on a hepatocyte."). |
| 38. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule, when contacted with a hepatocyte under conditions in which PCSK9 is present, | 37. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule, when contacted with a hepatocyte under conditions in which PCSK9 is present, | See, e.g., page 7, lines 22-25 ("In certain embodiments, a PCSK9 binding molecule, when contacted with a hepatocyte under conditions in which PCSK9 is present, |

4

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| increases low density lipoprotein cholesterol (LDL-c) uptake by the hepatocyte, relative to LDL-c uptake by a hepatocyte in the absence of the PCSK9 binding molecule. | increases low density lipoprotein cholesterol (LDL-c) uptake by the hepatocyte, relative to LDL-c uptake by a hepatocyte in the absence of the PCSK9 binding molecule. | increases LDL-c uptake by the hepatocyte, relative to LDL-c uptake by a hepatocyte in the absence of the PCSK9 binding molecule."). |
| 39. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule binds to PCSK9 in the presence of LDL-C. | 38. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule binds to PCSK9 in the presence of LDL-C. | See, e.g., page 7, line 28 ("The PCSK9 binding molecule can bind to PCSK9 in the presence of LDL-c . . . ."). |
| 40. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule binds to PCSK9 in the presence of serum. | 39. The PCSK9 binding molecule of any preceding claim, wherein the PCSK9 binding molecule binds to PCSK9 in the presence of serum. | See, e.g., page 7, lines 28-29 ("The PCSK9 binding molecule can bind to PCSK9 in the presence of LDL-c and/or it can bind to PCSK9 in the presence of serum . . . ."). |
| 43. The PCSK9 binding molecule of claim 41, wherein the PCSK9 binding domain binds to the PCSK9 with a $K_D$ equal to or less than 1 nM. | 41. The PCSK9 binding molecule of claim 41, wherein the PCSK9 binding domain binds to the PCSK9 with a $K_D$ equal to or less than 1 nM. | See, e.g., page 9, lines 3-4 ("In various embodiments, the PCSK9 binding domain binds to the PCSK9 with a $K_D$ equal to or less than 1 nM (e.g., 0.5 nM, 01 nM."). |
| 46. A pharmaceutical composition comprising the PCSK9 binding molecule any of claims 1-45. | 44. A pharmaceutical composition comprising the PCSK9 binding molecule any of claims 1-43. | See, e.g., Page 10, lines 3-4 ("The invention also features a pharmaceutical composition that includes a PCSK9 binding molecule described herein."). |
| 47. A method of increasing LDL-R levels on a hepatocyte, the method comprising contacting the hepatocyte with a PCSK9 binding molecule. | 45. A method of increasing LDL-R levels on a hepatocyte, the method, comprising contacting the hepatocyte with a PCSK9 binding molecule. | See, e.g., Page 10, lines 8-12 ("For example, in one aspect, the invention features a method of increasing LDL-R levels on a hepatocyte. The method includes contacting the hepatocyte with a PCSK9 binding molecule (e.g., a PCSK9 binding molecule including an antigen binding portion of an antibody that specifically binds to a PCSK9), thereby reducing downregulation of LDL-R by PCSK9 and increasing LDL-R levels on the hepatocyte. |
| 48. A method of increasing LDL-c uptake by a hepatocyte, the method comprising | 46. A method of increasing LDL-c uptake by a hepatocyte, the method comprising | See, e.g., Page 10, lines 13-17 ("In another aspect, the invention features a method of |

5

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| contacting the hepatocyte with a PCSK9 binding molecule, thereby reducing downregulation of LDL-R by PCSK9 and increasing LDL-c uptake by the hepatocyte. | contacting the hepatocyte with a PCSK9 binding molecule, thereby reducing downregulation of LDL-R by PCSK9 and increasing LDL-c uptake by the hepatocyte. | increasing LDL-c uptake by a hepatocyte. The method includes contacting the hepatocyte with a PCSK9 binding molecule (e.g., a PCSK9 binding molecule including an antigen binding portion of an antibody that specifically binds to a PCSK9), thereby reducing downregulation of LDL-R by PCSK9 and increasing LDL-c uptake by the hepatocyte."). |
| 50. A method of modulating PCSK9 activity in a subject, the method comprising administering to the subject a PCSK9 binding molecule that modulates a biological activity of the PCSK9, wherein the PCSK9 binding molecule exhibits one or more of the following activities:<br>(a) inhibiting PCSK9 binding to a LDL-R,<br>(b) inhibiting proteolytic activity of the PCSK9,<br>(c) inhibiting PCSK9 dependent decrease of LDL-R on a hepatocyte, and<br>(d) inhibiting PCSK9 dependent degradation of LDL-R in hepatocyte cells. | 48. A method of modulating PCSK9 activity in a subject, the method comprising administering to the subject a PCSK9 binding molecule that modulates a biological activity of the PCSK9, wherein the PCSK9 binding molecule exhibits one or more of the following activities:<br>(a) inhibiting PCSK9 binding to a LDL-R,<br>(b) inhibiting proteolytic activity of the PCSK9,<br>(c) inhibiting PCSK9 dependent decrease of LDL-R on a hepatocyte, and<br>(d) inhibiting PCSK9 dependent degradation of LDL-R in hepatocyte cells. | See, e.g., Page 10, lines 18-25 ("In another aspect, the invention features a method of modulating PCSK9 activity in a subject. The method includes administering to the subject a PCSK9 binding molecule (e.g., a PCSK9 binding molecule including an antigen binding portion of an antibody that specifically binds to a PCSK9) that modulates a biological activity of the PCSK9. The PCSK9 binding molecule exhibits one or more of the following activities: (a) inhibiting PCSK9 binding to a LDL-R; (b) inhibiting proteolytic activity of the PCSK9; (c) inhibiting PCSK9 dependent decrease of LDL-R on a hepatocyte; and (d) inhibiting PCSK9 dependent degradation of LDL-R in hepatocyte cells."). |
| 51. A method of reducing a plasma cholesterol a subject, the method comprising administering to the subject the composition of claim 46 in an amount effective to reduce plasma cholesterol in the subject. | 49. A method of reducing a plasma cholesterol a subject, the method comprising administering to the subject the composition of claim 44 in an amount effective to reduce plasma cholesterol in the subject. | See, e.g., page 10, lines 26-29 ("In another aspect, the invention features a method of reducing a plasma cholesterol a subject. The method includes administering to the subject a pharmaceutical composition including a PCSK9 binding molecule described herein in an amount effective to reduce plasma |

6

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov. 60/911,654 | Exemplary Disclosure from Novartis Prov. 60/911,654 |
|---|---|---|
| | | cholesterol in the subject."). |
| 52. The method of claim 51, wherein the amount is effective to reduce LDL-c. | 50. The method of claim 49, wherein the amount is effective to reduce LDL-c. | See, e.g., page 10, lines 29-30 ("The amount can be an amount effective to reduce LDL-c."). |
| 53. The method of claim 52, wherein the subject's concentration of plasma LDL-c is reduced by at least 5%, relative to plasma LDL-c prior to administering the composition. | 51. The method of claim 50, wherein the subject's concentration of plasma LDL-c is reduced by at least 5%, relative to plasma LDL-c prior to administering the composition. | See, e.g., page 10, lines 30-31 ("The subject's concentration of plasma LDL-c can be reduced by at least 5%, relative to plasma LDL-c prior to administering the composition . . . ."). |
| 54. The method of claim 51, wherein the subject is also receiving therapy with a second cholesterol-reducing agent. | 52. The method of claim 49, wherein the subject is also receiving therapy with a second cholesterol-reducing agent. | See, e.g., page 11, lines 1-3 ("In some embodiments, the subject is also receiving therapy with a second cholesterol-reducing agent . . . ."). |
| 55. The method of claim 54, wherein the second cholesterol reducing agent is a statin. | 53. The method of claim 52, wherein the second cholesterol reducing agent is a statin. | See, e.g., page 11, lines 1-3 ("In some embodiments, the subject is also receiving therapy with a second cholesterol-reducing agent, such as a statin."). |
| 56. The method of claim 51, wherein the subject has, or is at risk for, a lipid disorder. | 54. The method of claim 49, wherein the subject has, or is at risk for, a lipid disorder. | See, e.g., page 11, lines 4-7 ("In various embodiments, the subject has, or is at risk for, a lipid disorder (e.g., hyperlipidemia, type I, type II, type III, type IV, or type V hyperlipidemia, secondary hypertriglyceridemia, hypercholesterolemia, xanthomatosis, cholesterol acetyltransferase deficiency)."). |
| 57. The method of claim 56, wherein the subject is hypercholesterolemic or is at risk for hypercholesterolemia. | 55. The method of claim 54, wherein the subject is hypercholesterolemic or is at risk for hypercholesterolemia. | See, e.g., page 11, lines 7-8 ("For example, the subject is hypercholesterolemic or is at risk for Hypercholesterolemia . . . ."). |
| 58. The method of claim 51, wherein the subject has, or is at risk for, atherosclerosis. | 56. The method of claim 49, wherein the subject has, or is at risk for, atherosclerosis. | See, e.g., page 11, line 8 ("the subject has, or is at risk for, atherosclerosis"). |
| 59. The method of claim 51, wherein the subject has, or is at risk for, a cardiovascular disorder. | 57. The method of claim 49, wherein the subject has, or is at risk for, a cardiovascular disorder. | See, e.g., page 11, lines 8-9 ("the subject has, or is at risk for, a cardiovascular disorder"). |
| 60. The method of claim 51, wherein the | 58. The method of claim 49, wherein the | See, e.g., page 11, lines 10-11 ("In some |

7

| Claims from Novartis, WO 2008/125623 | Claims from Novartis Prov, 60/911,654 | Exemplary Disclosure from Novartis Prov, 60/911,654 |
|---|---|---|
| subject is statin-intolerant. | subject is statin-intolerant. | embodiments, the subject is statin-intolerant (e.g., the subject suffers from adverse side effects when taking a statin drug) . . . ."). |
| 61. The method of claim 51, wherein the subject is resistant to statin therapy. | 59. The method of claim 49, wherein the subject is resistant to statin therapy. | See, e.g., page 11, lines 10-12 ("In some embodiments, . . . the subject is resistant to statin therapy. (e.g., statin therapy did not cause cholesterol reduction in the subject)."). |
| 62. The method of claim 51, wherein, prior to administration of the composition, the subject's total plasma cholesterol level is 200 mg/dl or greater. | 60. The method of claim 49, wherein, prior to administration of the composition, the subject's total plasma cholesterol level is 200 mg/dl or greater. | See, e.g., page 11, lines 13-14 ("In some embodiments, the subject's total plasma cholesterol level is 200 mg/dl or greater, prior to administration of the composition."). |
| 63. The method of claim 51, wherein prior to administration of the composition, the subject's plasma LDL-c level is 160 mg/dl or greater. | 61. The method of claim 49, wherein prior to administration of the composition, the subject's plasma LDL-c level is 160 mg/dl or greater. | See, e.g., page 11, lines 15-16 ("In some embodiments, the subject's plasma LDL-c level is 160 mg/dl or greater, prior to administration of the composition."). |
| 64. The method of claim 51, wherein the composition is administered intravenously. | 62. The method of claim 49, wherein the composition is administered intravenously. | See, e.g., page 11, line 17 ("In some embodiments, the composition is administered intravenously."). |

## SCHERING CLAIM CHART

**Table 2:** Claim chart showing written support from U.S. Provisional Patent Application No. 60/982,922 ("Schering Prov") for Claims of WO 2009/055783 ("Schering").

| Claims from Schering, WO 2009/055783 | Claims from Schering Prov, 60/982,922 | Exemplary Disclosure from Schering Prov, 60/982,922 |
|---|---|---|
| 36. A pharmaceutical composition comprising an isolated antibody or antigen-binding fragment thereof or isolated EGF-A polypeptide which binds specifically to PCSK9, which antibody or fragment or polypeptide inhibits binding between PCSK9 and LDL receptor; and a pharmaceutically acceptable carrier. | 15. A pharmaceutical composition comprising an antibody or antigen-binding fragment thereof or EGF-A polypeptide which binds specifically to PCSK9, which antibody or fragment inhibits binding between PCSK9 and LDL receptor, and a pharmaceutically acceptable carrier. | See, e.g., page 2, lines 33-36 ("The present invention also provides, in part, a pharmaceutical composition comprising an antibody or antigen-binding fragment thereof (e.g., monoclonal antibody, polyclonal antibody or recombinant antibody) or EGF-A polypeptide which binds specifically to PCSK9, which antibody or fragment or polypeptide inhibits binding between PCSK9 and LDL receptor, and a pharmaceutically acceptable carrier . . . ."). |
| 37. The pharmaceutical composition of claim 36 wherein the antibody binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | 19. The pharmaceutical composition of claim 15 wherein the antibody binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | See, e.g., page 2, lines 29-31 ("In an embodiment of the invention, the antibody or fragment or EGF-A polypeptide binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain."). |
| 40. A method for reducing:<br><br>total cholesterol level;<br>low density lipoprotein cholesterol level:<br>apolipoprotein B level:<br>total cholesterol/high density lipoprotein ratio; or<br>low density lipoprotein/high density lipoprotein ratio; | 1. A method for reducing<br><br>total cholesterol level, low density lipoprotein cholesterol level, apolipoprotein B level, total cholesterol/high density lipoprotein ratio or low density lipoprotein/high density lipoprotein ratio,<br><br>in a subject, comprising administering, to said | See, e.g., page 2, lines 10-18 ("The present invention provides, in part, a method for reducing total cholesterol level, low density lipoprotein cholesterol level, apolipoprotein B level, total cholesterol/high density lipoprotein ratio or low density lipoprotein/high density lipoprotein ratio, in a subject (e.g., a human), comprising administering, to said subject, a |

9

| Claims from Schering, WO 2009/055783 | Claims from Schering Prov, 60/982,922 | Exemplary Disclosure from Schering Prov, 60/982,922 |
|---|---|---|
| in a subject, comprising administering, to said subject, a therapeutically effective amount of a PCSK9 antagonist EGF-A polypeptide; or an antibody or antigen-binding fragment thereof that binds specifically to PCSK9; which antibody or fragment or EGF-A polypeptide inhibits binding between PCSK9 and LDL receptor; optionally in association with a further chemotherapeutic agent. | subject, a therapeutically effective amount of a PCSK9 antagonist EGF-A polypeptide; or an antibody or antigen-binding fragment thereof that binds specifically to PCSK9; which antibody or fragment or EGF-A polypeptide inhibits binding between PCSK9 and LDL receptor; optionally in association with a further chemotherapeutic agent. | therapeutically effective amount of an antibody or antigen-binding fragment thereof (*e.g.*, monoclonal antibody, polyclonal antibody or recombinant antibody) or EGF-A polypeptide that binds specifically to PCSK9 which antibody or fragment or polypeptide inhibits binding between PCSK9 and LDL receptor; optionally in association with a further chemotherapeutic agent (*e.g.*, ezetimibe and/or simvastatin)."). |
| 41. The method of claim 40 wherein the antibody or fragment binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | 2. The method of claim 1 wherein the antibody or fragment binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | *See, e.g.*, page 2, lines 18-20 ("In an embodiment of the invention, the antibody or fragment or EGF-A polypeptide binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain."). |
| 42. A method for treating or preventing hypercholesterolemia, hyperlipidemia, hypertriglyceridaemia, sitosterolemia, atherosclerosis, arteriosclerosis, coronary heart disease, vascular inflammation or xanthoma, in an subject, comprising administering, to said subject, a therapeutically effective amount of an EGF-A polypeptide or an antibody or antigen-binding fragment thereof that binds specifically to PCSK9, which antibody or fragment or EGF-A polypeptide inhibits binding between PCSK9 and LDL receptor; optionally in association with a further chemotherapeutic agent. | 8. A method for treating or preventing hypercholesterolemia, hyperlipidemia, hypertriglyceridaemia, sitosterolemia, atherosclerosis, arteriosclerosis, coronary heart disease, vascular inflammation or xanthoma, in an subject, comprising administering, to said subject, a therapeutically effective amount of an EGF-A polypeptide or an antibody or antigen-binding fragment thereof that binds specifically to PCSK9, which antibody or fragment or EGF-A polypeptide inhibits binding between PCSK9 and LDL receptor; optionally in association with a further therapeutic agent. | *See, e.g.*, page 2, lines 21-29 ("The present invention further provides, in part, a method for treating or preventing hypercholesterolemia, hyperlipidemia, hypertriglyceridaemia, sitosterolemia, atherosclerosis, arteriosclerosis, coronary heart disease, vascular inflammation or xanthoma, in an subject, comprising administering, to said subject, a therapeutically effective amount of an antibody or antigen-binding fragment thereof (*e.g.*, monoclonal antibody, polyclonal antibody or recombinant antibody) or EGF-A polypeptide that binds specifically to PCSK9, which antibody or fragment or polypeptide inhibits binding between PCSK9 and LDL |

10

| Claims from Schering, WO 2009/055783 | Claims from Schering Prov, 60/982,922 | Exemplary Disclosure from Schering Prov, 60/982,922 |
|---|---|---|
| | | receptor; optionally in association with a further therapeutic agent (*e.g.*, ezetimibe and/or simvastatin)."). |
| 43. The method of claim 42 wherein the antibody binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | 9. The method of claim 8 wherein the antibody binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain. | *See, e.g.*, page 2, lines 29-31 ("In an embodiment of the invention, the antibody or fragment or EGF-A polypeptide binds specifically to a PCSK9 catalytic domain or to a domain of PCSK9 which interacts with an LDL receptor EGF-A domain."). |

11