**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 26, 2016

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801-3555

**VIA HAND DELIVERY
and ELECTRONIC FILING**

Re:   *Amgen Inc., et al. v. Sanofi, et al.,* C.A. No. 14-1317-SLR (Consolidated)

Dear Judge Robinson,

Enclosed please find 3 discs with the following hyperlinked briefs:

1. Corrected Opening Brief In Support Of Defendants' Motion For A New Trial (D.I. 368)

2. Corrected Defendants' Brief In Opposition To Plaintiffs' Motion For A Permanent Injunction (D.I. 369)

3. Corrected Opening Brief In Support Of Defendants' Motion For Judgment As A Matter Of Law On Written Description And Enablement (D.I. 370)

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon (#3950)

TGL/nlm
Enclosure

cc:   Counsel of Record (via electronic mail)

{01116235;v1 }