IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; AND AMGEN USA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1317-SLR (Consolidated) |
| SANOFI, SANOFI-AVENTIS U.S. LLC, AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), and all individual Akin Gump attorneys who have appeared in this action, including Dianne B. Elderkin, Steven D. Maslowski, Michael P. Kahn, Matthew A. Pearson, Angela Verrecchio, Jenna M. Pellecchia, Matthew G. Hartman, Michael N. Petegorsky, and Jonathan J. Underwood, hereby withdraw their appearance as counsel of record for the defendants in the above-captioned matter. Ashby & Geddes shall continue to serve as defendants' Delaware counsel, and Steptoe & Johnson LLP and Kirkland & Ellis LLP shall continue to serve as defendants' lead counsel.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

Dated: January 12, 2017

*Attorneys for Defendants*