IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 14-1317-RGA |
| | : | |
| SANOFI, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this 26 day of July, 2018, pursuant to Fed. R. Civ. P. 53(a)(1)(C);

IT IS ORDERED that the above-captioned case is hereby referred to the Clerk of Court for assignment of a Special Master for the purposes of managing discovery. Upon selection of a Special Master, the court shall enter a further order appointing same.

_/s/ Richard G. Andrews_
United States District Judge