LAW OFFICES

**WEISS, SAVILLE & HOUSER, P.A.**
1105 N. MARKET STREET
SUITE 200
P. O. BOX 370
WILMINGTON, DELAWARE 19899

MICHAEL WEISS

YVONNE TAKVORIAN SAVILLE

MEGHAN BUTTERS HOUSER

TELEPHONE
(302) 656-0400

FAX
(302) 656-5011

Re:   Amgen Inc. et al v. Sanofi et al
      Civil Case No.: 1:14-cv-01317-RGA

Melanie K. Sharp, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

David E. Wilks
Wilks, Lukoff & Bracegirdle, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

Dear Counsel:

It was a pleasure seeing you and hearing your arguments on Tuesday, August 21, 2018. At that time, I made rulings on all of the issues presented except one - Defendant's request for documents relating to the pricing and access restrictions of three Amgen antibody-based therapies which it contends are relevant to Amgen's claim of damages. Amgen opposed the Motion to Compel on the basis that the three medicines are not the subject of this patent infringement suit and the discovery sought was irrelevant. After considering the arguments set forth in the briefs and made at the time of the hearing, I agree with Amgen and the case law it cited that discovery on these medicines is not relevant to the remedies inquiry here.

I deny the Defendant's motion.

YVONNE TAKVORIAN SAVILLE
Special Master

Dated: August 23, 2018