# EXHIBIT A

# EXHIBIT A HAS BEEN REDACTED IN ITS ENTIRETY