

| | |
|---|---|
| | **WILMINGTON**<br>RODNEY SQUARE |
| | **NEW YORK**<br>ROCKEFELLER CENTER |

**James L. Higgins**
P 302 571 5034
F 302 576 3543
JHIGGINS@YCST.COM

February 19, 2019

**BY E-FILING**

The Honorable Richard G. Andrews
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

>Re: *Amgen Inc., Amgen Manufacturing, Limited and Amgen USA Inc. v. Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron Pharmaceuticals, Inc.*
>C.A. No.:  14-1317-RGA (Consolidated)

Dear Judge Andrews:

      I write to inform the Court that the Joint Revised Preliminary Jury Instructions that were filed this evening (D.I. 766) are the same as the instructions issued by the Court on February 13, 2019 (D.I. 762) with the exception that, in the Summary of the Issues section, claims 2 and 9 have been deleted, consistently with Amgen's Amended Disclosure of Selected Claims served on Defendants last week.  (*See* D.I. 759.)

      Respectfully,

      */s/ James L. Higgins*
      James L. Higgins (No. 5021)

JLH:ams
Enclosure
cc:    Counsel of Record