IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; and AMGEN USA INC.<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No.: 14-1317-RGA<br>(CONSOLIDATED) |

**VERDICT**

*In the following questions, "Amgen" refers to plaintiffs Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc., and "Sanofi-Regeneron" refers to defendants Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC, f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron Pharmaceuticals, Inc.*

## VALIDITY

1. **The '165 patent**

    a. Has Sanofi-Regeneron proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention of the following claims of the '165 patent?

    *Checking "yes" below indicates a finding for Sanofi-Regeneron.*
    *Checking "no" below indicates a finding for Amgen.*

    | Claim 7  | Yes ____ | No ____ |
    |----------|----------|---------|
    | Claim 15 | Yes ____ | No ____ |
    | Claim 19 | Yes ____ | No ____ |
    | Claim 29 | Yes ____ | No ____ |

    b. Has Sanofi-Regeneron proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent lacks adequate written description?

    *Checking "yes" below indicates a finding for Sanofi-Regeneron.*
    *Checking "no" below indicates a finding for Amgen.*

    | Claim 7  | Yes ____ | No ____ |
    |----------|----------|---------|
    | Claim 15 | Yes ____ | No ____ |
    | Claim 19 | Yes ____ | No ____ |
    | Claim 29 | Yes ____ | No ____ |

*Continue to next page.*

2. **The '741 patent**

    a. Has Sanofi-Regeneron proven by clear and convincing evidence that claim 7 of the '741 patent is invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention in claim 7 of the '741 patent?

    *Checking "yes" below indicates a finding for Sanofi-Regeneron.*
    *Checking "no" below indicates a finding for Amgen.*

    Claim 7    Yes \_\_\_\_    No \_\_\_\_

    b. Has Sanofi-Regeneron proven by clear and convincing evidence that claim 7 of the '741 patent is invalid because the patent lacks adequate written description?

    *Checking "yes" below indicates a finding for Sanofi-Regeneron.*
    *Checking "no" below indicates a finding for Amgen.*

    Claim 7    Yes \_\_\_\_    No \_\_\_\_

*Continue to next page.*


We, the jurors, by signing below, indicate our unanimous verdict.

_____  _____
Jury Foreperson                                      Juror

_____  _____
Juror                                                          Juror

_____  _____
Juror                                                          Juror

_____
Juror

Dated: _____