Read in open Court this 25th day of February, 2019.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; and AMGEN USA INC. | ) | |
| Plaintiffs, | ) | C.A. No.: 14-1317-RGA (CONSOLIDATED) |
| v. | ) | |
| SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC., | ) | |
| Defendants. | ) | |

**VERDICT**

*In the following questions, "Amgen" refers to plaintiffs Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc., and "Sanofi-Regeneron" refers to defendants Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC, f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron Pharmaceuticals, Inc.*

## VALIDITY

**1. The '165 patent**

a. Has Sanofi-Regeneron proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention of the following claims of the '165 patent?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*

*Checking "no" below indicates a finding for Amgen.*

| Claim | Yes | No |
|---|---|---|
| Claim 7 | ____ | ✓ |
| Claim 15 | ____ | ✓ |
| Claim 19 | ____ | ✓ |
| Claim 29 | ____ | ✓ |

b. Has Sanofi-Regeneron proven by clear and convincing evidence that the following claims of the '165 patent are invalid because the patent lacks adequate written description?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*

*Checking "no" below indicates a finding for Amgen.*

| Claim | Yes | No |
|---|---|---|
| Claim 7 | ✓ | ____ |
| Claim 15 | ✓ | ____ |
| Claim 19 | ____ | ✓ |
| Claim 29 | ____ | ✓ |

*Continue to next page.*

**2. The ’741 patent**

a. Has Sanofi-Regeneron proven by clear and convincing evidence that claim 7 of the ’741 patent is invalid because the patent does not enable a person of ordinary skill in the art to make or use the invention in claim 7 of the ’741 patent?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*

*Checking "no" below indicates a finding for Amgen.*

Claim 7 Yes ____ No ✓

b. Has Sanofi-Regeneron proven by clear and convincing evidence that claim 7 of the ’741 patent is invalid because the patent lacks adequate written description?

*Checking "yes" below indicates a finding for Sanofi-Regeneron.*

*Checking "no" below indicates a finding for Amgen.*

Claim 7 Yes ____ No ✓

*Continue to next page.*

We, the jurors, by signing below, indicate our unanimous verdict.




Dated: 2/25/19