

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Melanie K. Sharp
P 302 571 6681
F 302 576 3333
MSHARP@YCST.COM

March 1, 2019

**BY E-FILE AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

>       Re:   *Amgen Inc.v. Sanofi and Regeneron Pharmaceuticals, Inc.*
>             C.A. No.:  14-1317-RGA (Consolidated) – Permanent Injunction Hearing
>             June 13-14, 2019

Dear Judge Andrews:

      As Your Honor requested, attached please find a form of order setting the permanent injunction hearing for a total of eight (8) hours on June 13 and 14 and the page limits for briefing completed in advance.  The proposed order implements Your Honor's rulings on February 25, 2019, after counsel for both sides agreed to the hearing dates and the page limits at sidebar.  (*See* Trial Tr. 964:18-20.)  The post-trial briefing schedule, which provides for completion of briefing by April 22, was set April 20, 2018.  (D.I. 454, Tr. 25:10-12)  Your Honor denied Defendants' request on February 25 to postpone briefing.  (Trial Tr. 866:11-21)

      Amgen respectfully requests that Your Honor enter this order to preserve the earliest hearing date the Court's very full calendar will allow.  As Amgen's counsel noted at sidebar, a prompt hearing on injunctive relief is its highest priority.  Amgen's patents have now twice been found valid by a jury, and Amgen continues to be irreparably harmed every additional day Defendants' admitted infringement continues.  Amgen's counsel and witnesses immediately arranged their schedules to be available on the June 13 and 14 dates agreed upon on Monday (February 25) of this week and opposes any delay in the hearing.

      Unfortunately, the proposed order is not a joint submission because Defendants advised Amgen late yesterday afternoon for the first time that they now have concerns about the scheduled hearing due to apparent witness unavailability.  Defendants' counsel represent that two of their expert witnesses (Drs. Oster and Duggan, the second of whom Defendants may not call) are available on only the first of the two days scheduled for hearing.  Another defense expert, Dr. Eckel, is unavailable both days.  And Dr. Schleifer, Regeneron's CEO, who was present in the courtroom when the hearing was scheduled, is also apparently unavailable both

Young Conaway Stargatt & Taylor, LLP
The Honorable Richard G. Andrews
Page 2

days.  Amgen is willing to work with Defendants to address all of those challenges by, for example, taking Defendants' witnesses out of order and, if the Court has any time whatsoever earlier in the same week (the week of June 10), taking the testimony of Drs. Eckel and Schleifer on earlier dates.  Alternatively, if necessary, hearing testimony could be videotaped in advance, or counsel could arrange for a live remote video feed during some portion of the time now reserved for hearing, if that would be acceptable to the Court.

Defendants wish to call chambers to request additional dates for the hearing.  Amgen opposes any delay and will continue to explore with Defendants' counsel the foregoing solutions to keep the June 13 and 14 hearing dates as scheduled.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

Enclosure
cc: All counsel of record (by CM/ECF)

01:24222229.1