IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.; AMGEN MANUFACTURING, LIMITED; and AMGEN USA INC. <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI; SANOFI-AVENTIS U.S. LLC; AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No.: 14-1317-RGA <br> (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION

Pursuant to 35 U.S.C. § 283, Plaintiffs Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc. (collectively "Plaintiffs") hereby move for entry of a permanent injunction against continued infringement by Defendants Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC, f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron Pharmaceuticals, Inc. (collectively "Defendants") of Claims 19 and 29 of U.S. Patent No. 8,829,165 B2 (the "'165 Patent") and Claim 7 of U.S. Patent No. 8,859,741 (the "'741 Patent") (collectively the "Adjudged Claims") based upon:

(1) The Court's entry on February 22, 2016 of a stipulated order (D.I. 235, 235a) that the acts by Defendants of making, using, offering for sale, selling, and importing the antibody drug substance alirocumab and the drug product containing it, PRALUENT®, infringe claims that include the Adjudged Claims;

(2) The Court's March 14, 2016 granting of Plaintiffs' motion for judgment as a matter of law that claims including the Adjudged Claims are not invalid for obviousness (D.I. 345 at 1076:6-1077:12 (reflected in March 16, 2016 Oral Order entry on the docket));

01:24289660.1

(3)  The Court's January 3, 2017 issuance of a final judgment under Rule 54(b) that, *inter alia*, claims including the Adjudged Claims are not invalid for obviousness (D.I. 391, D.I. 389 at 28);

(4) The United States Court of Appeals for the Federal Circuit's October 5, 2017 affirmance of the Court's judgment that claims including the Adjudged Claims are not invalid for obviousness (Case No. 2017-1480, D.I. 158-2);

(5) The jury's February 25, 2019 verdict finding that Defendants failed to prove that the Adjudged Claims are invalid for lack of enablement or written description under 35 U.S.C. § 112 (D.I. 818); and

(6) The evidence and argument to be presented to the Court during, and in written submissions preceding, the permanent injunction hearing held on June 6, 13, [14], and 21, 2019, showing that Amgen has suffered and will continue to suffer irreparable harm resulting from Defendants' infringement of the '165 Patent and the '741 Patent, which harm cannot be fully compensated through monetary damages, and that the balance of hardships weighs in favor of the entry of a permanent injunction, and that the entry of an injunction will not disserve the public interest.

A proposed form of Order is attached, which excludes those acts within the scope of 35 U.S.C. § 271(e)(1).

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ James L. Higgins* |
| | ———————————————————— |
| OF COUNSEL: | Melanie K. Sharp (No. 2501) |
| | James L. Higgins (No. 5021) |
| MCDERMOTT WILL & EMERY LLP | Michelle M. Ovanesian (No. 6511) |
| William G. Gaede, III | 1000 North King Street |
| 275 Middlefield Road, Suite 100 | Wilmington, DE 19801 |
| Menlo Park, CA 94025 | (302) 571-6600 |
| (650) 815-7400 | msharp@ycst.com |
| | jhiggins@ycst.com |
| | movanesian@ycst.com |
| Sarah C. Columbia | *Attorneys for Amgen Inc., Amgen Manufacturing,* |
| K. Nicole Clouse | *Limited, and Amgen USA Inc.* |
| 28 State Street | |
| Boston, MA 02109-1775 | |
| (617) 535-4074 | |
| | |
| Rebecca Harker Duttry | |
| The McDermott Building | |
| 500 North Capitol Street, N.W. | |
| Washington, DC 20001 | |
| (202) 756-8000 | |
| | |
| LONDON & MEAD | |
| Christopher B. Mead | |
| 1225 19th Street, N.W. | |
| Suite 320 | |
| Washington, D.C. 20036 | |
| (202) 331-3334 | |

CRAVATH, SWAINE & MOORE LLP
Keith R. Hummel
David N. Greenwald
Lauren A. Moskowitz
Geoffrey G. Hu
Sharonmoyee Goswami
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
(212) 474-1000

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Lauren Martin
Megan Y. Yung
111 Huntington Ave., Suite 520
Boston, MA  02199
(617) 712-7100

Dated:  March 18, 2019