# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., AMGEN MANUFACTURING LIMITED, and AMGEN USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI, SANOFI-AVENTIS U.S. LLC, AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 1:14-01317-RGA <br> ) (CONSOLIDATED) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION UNDER FED. R. CIV. P. 50(b) FOR JUDGMENT AS A MATTER OF LAW

Defendants respectfully move the Court pursuant to Rule 50(b) of the Federal Rules of Civil Procedure for an order granting judgment in favor of Defendants as a matter of law. The grounds for this motion are set forth in an Opening Brief filed simultaneously herewith.

Dated: March 18, 2019

Respectfully submitted,

WILKS, LUKOFF & BRACEGIRDLE, LLC

*/s/ Scott B. Czerwonka*
David E. Wilks (Bar No. 2793)
Scott B. Czerwonka (Bar No. 4844)
Wilks, Lukoff & Bracegirdle, LLC
Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Facsimile: (302) 225-0851
dwilks@wlblaw.com
sczerwonka@wlblaw.com

ARNOLD & PORTER KAYE SCHOLER LLP

Matthew M. Wolf
Anne W. Pearlman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
matthew.wolf@arnoldporter.com
anne.pearlman@arnoldporter.com

David K. Barr
Daniel L. Reisner
Victoria L. Reines
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
david.barr@arnoldporter.com
daniel.reisner@arnoldporter.com
victoria.reines@arnoldporter.com

STEPTOE & JOHNSON LLP

John Josef Molenda
Vishal Chandra Gupta
1114 Avenue of the Americas
New York, NY  10036
(212) 378-7540
jmolenda@steptoe.com
vgupta@steptoe.com

KIRKLAND & ELLIS LLP

Paul D. Clement
George W. Hicks, Jr.
655 Fifteenth Street, N.W.
Washington, DC  20005
(202) 879-5000

*Attorneys for Regeneron Pharmaceuticals, Inc., Sanofi, Sanofi-Aventis U.S. LLC, Aventisub LLC*