## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN, INC., AMGEN MANUFACTURING, LIMITED, and AMGEN USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI, SANOFI-AVENTIS U.S. LLC, AVENTISUB LLC, f/d/b/a AVENTIS PHARMACEUTICALS INC., and REGENERON PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 1:14-cv-01317-RGA ) (CONSOLIDATED) ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION UNDER FED. R. CIV. P. 50(B) FOR JUDGMENT AS A MATTER OF LAW**

Upon consideration of Defendants' Motion under Fed. R. Civ. P. 50(B) for Judgment as a Matter of Law, and for good cause shown, it is hereby ORDERED that

1. The Motion is GRANTED; and

2. Claims 19 and 29 of U.S. Patent No. 8,829,165 and claim 7 of U.S. Patent No. 8,859,741 are hereby invalidated for failure to satisfy the written description and/or enablement requirement of 35 U.S.C. §112.

SO ORDERED, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE