# Exhibit 1

# Antibodies Are Made Up of Chains of Amino Acids



REM-DDTX1.15

# Exhibit 2

# Heavy Chain CDR3s

### Praluent®



DTX3160, Fig. 1

### Repatha®

DTX3075, Fig. 3JJ

**Praluent®** (HC CDR3): D S N W G N F D L

**Repatha®** (HC CDR3): G Y G - - - M D V

REM-DDTX1.38

# Are Amgen's Antibodies Structurally Similar to the Competitor Antibodies?

|  AMGEN  | Praluent (HC-CDR3) SANOFI REGENERON | 1D05 (HC-CDR3) MERCK | AX132 (HC-CDR3) MERCK | J16 (HC-CDR3) Pfizer |
|---|---|---|---|---|
| 21B12 | NO | NO | NO | NO |
| 31H4 | NO | NO | NO | NO |
| 1A12 | NO | NO | NO | NO |
| 9C9 | NO | NO | NO | NO |
| 3B6 | NO | NO | NO | NO |
| 9H6 | NO | NO | NO | NO |
| 17C2 | NO | NO | NO | NO |
| 23B5 | NO | NO | NO | NO |
| 25A7 | NO | NO | NO | NO |
| 30A4 | NO | NO | NO | NO |
| 25G4 | NO | NO | NO | NO |
| 27H5 | NO | NO | NO | NO |
| 26H5 | NO | NO | NO | NO |
| 31D1 | NO | NO | NO | NO |
| 20D10 | NO | NO | NO | NO |
| 27E7 | NO | NO | NO | NO |
| 30B9 | NO | NO | NO | NO |
| 19H9 | NO | NO | NO | NO |
| 26E10 | NO | NO | NO | NO |
| 23G1 | NO | NO | NO | NO |
| 16F12 | NO | NO | NO | NO |
| 22E2 | NO | NO | NO | NO |
| 27A6 | NO | NO | NO | NO |
| 28B12 | NO | NO | NO | NO |
| 28D6 | NO | NO | NO | NO |
| 31G11 | NO | NO | NO | NO |

COMPETITOR ANTIBODIES

REM-DDTX1.39

# Exhibit 3

## Antibodies That Fall Within the Scope of Amgen's Patent Claims

| PCSK9 Amino Acid | Amgen Antibodies | | | | | | | | | | Competitor Antibodies | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21B12 | 31H4 | 1A12 | 3B6 | 9C9 | 9H6 | 17C2 | 23B5 | 25A7 | 30A4 | Praluent | 1D05 | AX132 | J16 |
| S153 | * | | ✓ | | | | | | | | ✓ | | ✓ | |
| I154 | | | ✓ | | ✓ | ✓ | | | | ✓ | ✓ | | | ✓ |
| P155 | | | ✓ | | ✓ | | | | | | ✓ | ✓ | ✓ | |
| R194 | ✓ | | ✓ | ✓ | | ✓ | | ✓ | | | | ✓ | ✓ | ✓ |
| R237 | ✓ | | ✓ | -- | -- | -- | -- | -- | -- | -- | ✓ | ✓ | ✓ | ✓ |
| D238 | ✓ | | ✓ | | ✓ | ✓ | | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| A239 | | | ✓ | | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ |
| I369 | | | ✓ | | ✓ | ✓ | | | | | ✓ | ✓ | ✓ | ✓ |
| S372 | | | | | | | | | | | ✓ | ✓ | | * |
| D374 | * | ✓ | | | | | | | | | ✓ | ✓ | ✓ | ✓ |
| C375 | | | | -- | -- | -- | -- | -- | -- | -- | | ✓ | ✓ | ✓ |
| T377 | ✓ | | ✓ | | | | ✓ | | ✓ | | | ✓ | ✓ | ✓ |
| C378 | | | | -- | -- | -- | -- | -- | -- | -- | ✓ | ✓ | ✓ | ✓ |
| F379 | ✓ | | | | ✓ | ✓ | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| V380 | | ✓ | | | | | | | | | ✓ | ✓ | | |
| S381 | | ✓ | | | | | | | | | ✓ | ✓ | | ✓ |

■ PCSK9 amino acid that binds to the antibody      -- Data not available

REM-DDTX1.40

# Exhibit 4

# Claim 7 Antibodies Share Common Structural Features



**alirocumab**

**1A12**

PDXR25.38

## Claim 7 Antibodies Share Common Structural Features



alirocumab

1A12

PDXR25.39